**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENNIS G. DEPPE
     Plaintiff,                         CASE NO.: 6:24-cv-2098-CEM-NWH

v.

JOHN C. VETTER, ET AL., (Individually)
     Defendants.

_____/

## PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS INVOLVING AN INTERNATIONAL CRIME SYNDICATE OF PSYCHOPATHIC NATURE THAT OPERATES IN THE U.S. GOVERNMENT, PURSUANT TO RULE 201 OF FEDERAL RULES OF EVIDENCE AND LOCAL RULE 1.05(a)

The Plaintiff Dennis G. Deppe files this Motion for Judicial Notice of Adjudicative Facts Involving an International Crime Syndicate of Psychopathic Nature that Operates the U.S. Government, Pursuant to Rule 201(c)(2), Rule 201(d), and Rule 201(e) of the Federal Rules of Evidence and Local Rule 1.05(a). The facts to be judicially noticed show a top-down structure of organized government crime syndicate scheme that operated through the Obama/Biden Whitehouse administration and U.S. Department of Justice (DOJ), and the judges and clerk of the U.S. District of the Middle District of Florida (FLMD) involving the Local Rule 1.05(a) violations.

This criminal syndicate operates through secret societies in U.S. universities and collections of government officials engaged in devil worship and satanic

1

rituals. One of these secret societies is the Skull and Bones associated with Yale University that requires devil worship for entry of its new members. A second is the Bohemian Club that uses satanic rituals to control a large number of U.S. government officials, advisors, university administrators, professors, and business leaders. These members of the secret societies serve as puppets to feed U.S. resources into the international criminal syndicate behind the secret societies.

## BACKGROUND

This Motion presents adjudicative facts relevant to the organized government crime that has come through the judges and clerk of the U.S. District Court of the Middle District of Florida (FLMD) involved in the Local Rule 1.05(a) violations and fraud upon the court [Doc. 101] and the stalking, assaults, and batteries during court proceedings that have come through attorneys working with the U.S. Department of Justice (DOJ) and multiple universities.

The Motion builds on the scientific facts of the different brain structures now known to impact criminality in human society, which are the non-psychopathic brain structure that make up the majority of humans, and the psychopathic brain structure that makes up a minority of humans. Brain imaging shows that regions in the brain responsible for empathy, the social conscience, and the moral compass, are disabled electrically in those who possess the psychopathic brain structure.[1] The two different brain structures are consistent with dimorphism

---

[1] See for example, J. Pujol, et al., "The contribution of brain imaging to the understanding of psychopathy," *Psychol. Med.* 49(1), pg. 20-31 (Jan., 2019); https://www.med.wisc.edu/news/psychopaths-brains-differences-structure-function/.

caused by genetic selection due to warfare that began approximately 15,000 years ago.[2]

This Motion deals specifically with the devil worship and satanic rituals used on past U.S. presidents, government officials, advisors, business leaders, and others who are members of the Skull and Bones associated with Yale University, and other secret societies that operate in the U.S. universities, and used by the Bohemian Club that meets at the Bohemian Grove, CA.

The Motion shows that the devil worship and satanic rituals used by those the secret societies are in fact tools used to obtain agreements from those who join to commit crimes against the U.S. for the secret societies, and to protect others who also commit crimes against the U.S. In exchange the secret societies promise great successes will be given to the new members that include high ranking government positions and or positions as business leaders for which they would otherwise not qualify or be able to obtain on merit.

The individuals placed in the high government and university positions, and as business leaders over large companies, are then used as puppets who engage in organized government crime against the U.S. and its citizens for the secret societies, from which the individuals and secret societies benefit through return with financial or further career benefits and DOJ protection for their crimes.

---

[2] See for example, K. Dutton, "The Wisdom of Psychopaths," Publisher: Farrar, Straus, and Giroux, (2013), https://www.barnesandnoble.com/w/the-wisdom-of-psychopaths-kevin-dutton/1111306292; P. Babiak and R.D. Hare, "Snakes in Suits," see for description https://en.wikipedia.org/wiki/Snakes_in_Suits.

Two leading political scientists, John Mearsheimer and Jeffrey Sachs, argue that the U.S. is controlled by government puppets put in place by a "deep state" that forces the U.S. into continuous and never-ending wars.[3] The U.S. presidents in their view are merely puppets for this "deep state," that exerts influence and control over Republicans and Democrats alike of each party. The political scientists invoke empirically observed patterns of the "deep state" to show that this "hidden" enterprise has clear intent on using the U.S. to create wars from which it can profit. As the wars are created, the "deep state," which in fact as described is a criminal syndicate that continuously takes resources from the U.S. through financial schemes tied to those wars that weaken the U.S.[4]

In the case of the secret societies, and specifically the Skull and Bones and Bohemian Club that are believed to be under the control of the international criminal syndicate political scientists refer to as the "deep state," comparison with the Hare Checklist presented in **Exhibit A** shows that nearly every psychopathic trait on the list is involved in its use of government puppets who commit crimes against their own country, the U.S. This is the case for the FLMD judges engaged in the fraud upon the court through Local Rule 1.05(a) violations [Doc. 101].

Modern scientific studies of the psychopathic brain structure reveal the conceptual flaw in arguments by political scientists that does not account for the two different brain structures that modern science shows make up human society.[1]

---

[3] See https://www.bilibili.com/video/BV1tathe8EX7/?uid=42563174617468653845837.
[4] See for example, https://www.bbc.com/news/articles/ce8pyyz5e0r0.

For example, they correctly blame Colin Powell and George Bush as being puppets of the "deep state" for lies they told to the U.S. public and congress about Iraq's possession of weapons of mass destruction, but fail to recognize or consider that Bush and Powell practiced devil worship and participated in satanic rituals that burned human effigies for the Bohemian Club involving those lies.[5]

This Motion presents adjudicative facts that show the devil worship and satanic rituals are the calling cards of the international criminal syndicate some call the "deep state," that the Hare Checklist shows is psychopathic in nature, and obsessed with war, sex, mind control, and crimes, while using a very old scheme with that mind control to create puppets through use of the Skull and Bones and Bohemian Club, who are then placed into high-ranking U.S. government positions.

The facts to judicially noticed involve the details of the devil worship and satanic rituals used on high-ranking U.S. government officials and those placed in high positions over large companies, and their relation to the organized government crime being operated through the FLMD court system with its judges involved in the Local Rule 1.05(a) violations with attorneys working with the DOJ.

### MEMORANDUM OF LAW

Rule 201 of the Federal Rules of Evidence is shown below. The facts to be judicially noticed are pursuant to Rule 201(c)(2), Rule 201(d), and Rule 201(e).

---

[5] https://www.cbc.ca/radio/asithappens/as-it-happens-thursday-edition-1.3763576/colin-powell-hack-and-stephen-harper-s-trip-to-secret-summer-camp-for-the-rich-and-powerful-1.3763581.

## ARTICLE II. JUDICIAL NOTICE

### Rule 201. Judicial Notice of Adjudicative Facts

(a) SCOPE. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

(b) KINDS OF FACTS THAT MAY BE JUDICIALLY NOTICED. The court may judicially notice a fact that is not subject to reasonable dispute because it:

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

(c) TAKING NOTICE. The court:

(1) may take judicial notice on its own; or

(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

(d) TIMING. The court may take judicial notice at any stage of the proceeding.

(e) OPPORTUNITY TO BE HEARD. On timely request, a party is entitled to be heard on the propriety of taking judicial notice and the nature of the fact to be noticed. If the court takes judicial notice before notifying a party, the party, on request, is still entitled to be heard.

(f) INSTRUCTING THE JURY. In a civil case, the court must instruct the jury to accept the noticed fact as conclusive. In a criminal case, the court must instruct the jury that it may or may not accept the noticed fact as conclusive.

(As amended Apr. 26, 2011, eff. Dec. 1, 2011.)

Canon 3(b)(6) from the Guide to Judiciary Policy Vol. 2: Ethics and Judicial Conduct Pt. A is relevant and states:

## **Codes of Conduct, Ch. 2: Code of Conduct for United States Judges:**

Canon 3 (B) (6) Administrative Responsibilities. A judge should take appropriate action upon receipt of reliable information indicating the likelihood that a judge's conduct contravened this Code, that a judicial employee's conduct contravened the Code of Conduct for Judicial Employees, or that a lawyer violated applicable rules of professional conduct.

The Local Rule 1.05(a) is being used in public corruption and fraud upon the court by the FLMD judges involving bribery schemes with the DOJ attorneys, and is given below:

## Rule 1.05  Docketing and Assignment

(a) CLERK'S DOCKETING AND ASSIGNMENT. On receipt of an initial paper, the clerk must classify the paper as civil, criminal, or miscellaneous; assign the paper a distinct number; and randomly assign the paper to a district judge, a magistrate judge, or both. The clerk cannot change the initial assignment without an order from the judge or the chief judge. The clerk must report promptly to the chief judge an apparent attempt to evade the random assignment of an initial paper.

## ADJUDICATIVE FACTS ON SATANIC RITUALS USED BY THE SKULL AND BONES AND THE BOHEMIAN CLUB, AND THE NATURE OF THE CRIMINAL SYNDICATE OF PSYCHOPATHIC NATURE

The facts to be judicially noticed in this Motion include information on the devil worship and satanic rituals that have been used by Skull and Bones secret society associated with Yale University. What these facts show is that the initiation rituals used by the secret societies that use devil worship and satanic rituals serve a similar purpose as gang initiation rituals used on new members to make sure they will strengthen the gang.

In one gang initiation studied by the DOJ, the initiates are required to take part in a precisely time 13-second bare-knuckle fight against multiple existing gang members at once. Though the new initiate is certainly to lose the fight and suffer some injuries, the precisely timed fight prepares the new initiate for future fights

7

against other gangs, proves the new initiate's commitment to the gang, and allows the gang to assess the new initiates fighting skills.[6]

One of the Skull and Bones initiation rituals requires the new initiate to lie naked in a coffin while providing all details of all past sexual experiences as other members record the details. The description of this ritual can be found in a number of references including in this short video https://www.youtube.com/watch?v=XR_MLU8LcBs.[7] The ritual provides all other members material that may be used for blackmail, extortion, and control of every other member, as part of the agreement to obtain future protection from the other members for unlawful acts they are expected to commit.

The rituals also require the new initiates to take part in theatrically-staged and very life-like murders complete with screaming, howling, and stabbing. Below is the image of an initiate from Yale bending to kiss a skull as part of the initiation ritual that can be seen at https://www.youtube.com/watch?v=DD-JttocUzk.[8] The records associated with these are provided in **Exhibit B**.

---

[6] See for example, https://fbiauthor.com/2025/07/01/gang-initiation-fight-understanding-the-brutal-gateway-to-gang-life/.
[7] https://www.youtube.com/watch?v=XR_MLU8LcBs.
[8] https://www.youtube.com/watch?v=DD-JttocUzk.

8



Initiates are told that they are superior beings, and are part of a privileged elite to use war, terror, and famine to control human populations. Videos of the rituals can be found at https://www.youtube.com/watch?v=DD-JttocUzk and https://www.youtube.com/watch?v=MaeYoxdgJaw.[9]

The Skull and Bones has been in existence for more than 150 years and possibly much longer, and has an extensive member list of U.S. government officials and those placed in high positions over U.S. companies. The researcher Antony Sutton began researching the Skull and Bones in the early 1970's and published the book "America's Secret Establishment: An Introduction to the Order of Skull and Bones."[10] An interview with Dr. Sutton about his research and findings

---

[9]https://www.youtube.com/watch?v=MaeYoxdgJaw.
[10]See, A.C. Sutton, "America's Secret Establishment: An Introduction to the Order of the Skull and Bones," Trine Day, April 1, 2003, ISBN-13: 978-0972020701, https://www.amazon.com/Americas-Secret-Establishment-Introduction-

on the Skull and Bones can be watched at https://www.youtube.com/watch?v=XWoexLlbCyM.[11]

What that research shows are those who go into the Skull and Bones make an agreement with the secret society to go through these intense initiations involving the devil worship and satanic rituals, and take an oath to remain silent about the secret society, its internal workings, and other members, in exchange for great benefits to their careers and financial success that come from joining the secret society, that they could not otherwise achieve on their abilities.

As explained by Dr. Sutton in his interview, the teachings and instructions of the Skull and Bones are that members of the secret society are superior to others in the U.S., and that the members of the secret society are told they are part of a superior race and should use war and criminal actions to benefit themselves and the secret societies, under the protection of the secret societies.[12]

Sutton's research further identifies the links between the Skull and Bones and other secret societies that existed in Europe as the U.S. was being formed and had already accumulated great wealth due to similar schemes, and believed to

---

Order/dp/0972020705/ref=asc_df_0972020705?tag=bingshoppinga-20&linkCode=dfo&hvadid=79920961900254&hvnetw=o&hvqmt=e&hvbmt=be&hvdev=c&hvlocint=&hvlocphy=71501&hvtargid=pla-4583520444479392&psc=1&msclkid=4bcbcb82c1dc1b25ea0aa19cce3545a5.

[11] See an interview of Dr. Sutton at https://www.youtube.com/watch?v=XWoexLlbCyM.

[12] Antony C. Sutton's research led him to conclude that secret societies such as the Skull and Bones were linked to an international criminal syndicate that profits from the creations of wars, and that the profits were being derived from collection of private bankers bent on war and parasitic existence. See for example, https://en.wikipedia.org/wiki/Antony_C._Sutton.

employ a "business mode" that profits from funding both sides of wars that in fact they create and are obsessed.

Sutton's premise that the international criminal syndicate is playing Republicans and Democrats against each other in a similar fashion as funding both sides of the wars they create using puppets.[10,11,12] Sutton's conclusions in fact are nearly the same conclusion as the political scientists Mearsheimer and Sachs.[3] However, Sutton came to his conclusions through studying the Skull and Bones, while Mearsheimer and Sachs came to their similar conclusions by studying patterns of the U.S. wars involving the puppets created by the "deep state," which Sutton's research has identified as the secret societies.

These actions of using puppets from both Republicans and Democrats are supported by the knowledge of the initiation rituals used by the Skull and Bones, and the 2004 U.S. presidential election that led to the illegal Iraq war. The records provide clear evidence that both George W. Bush and John Kerry, both of whom were poor academic undergraduates from Yale, were indeed two of the many politicians who lay naked in the coffin disclosing all details of their sexual history to other Skull and Bones members so that the information could be used in future extortion, and took part in theatrically-staged and satanic murder rituals designed to suppress their social consciences and moral compasses, with the hopes they would be chosen to become U.S. presidents.[13]

---

[13] See interviews of Bush and Kerry at https://www.youtube.com/watch?v=fjYdHOG597s.

11

The records show that the Bohemian Club is the more advanced secret society where existing government officials, presidential hopefuls, government advisors, puppets placed as business leaders, university professors, and many others meet at the Bohemian Grove, CA to participate in devil worship and satanic rituals. The devil worship and satanic rituals have a clear design to reinforce the members' alliance to the secret societies believed to be operated by international criminal syndicate bent on creating and profiting from pulling the U.S. into continuous wars.[14]

The Bohemian Grove attendees perform a satanic worship ceremony in front of a 45-foot stone owl statute that involves the sacrifice of a human or child effigy. The ceremony was filmed by the then relatively unknown documentary film maker, Alex Jones.[15] A photo from the ceremony and stone owl obtained in the covert filing of one of the ceremonies known as the "Cremation of Care" is shown below and in **Exhibit C**.

---

[14] See for example, https://www.cia.gov/library/abbottabad-compound/FC/FC8AEB056C2C32F10AFC327BA91F4A45_The_Bohemian_Grove_and_Other_Retreats.rtf.pdf.
[15]Alex Jones, "Dark Secrets: Inside the Bohemian Grove," available at https://www.youtube.com/watch?v=teZljU7pT98.



The attorneys of this case and judges of this Court can readily see that the devil worship and satanic rituals carried out by the participants of the Bohemian Grove meetings are reaffirmations of their oaths and agreements to their secret societies, that are psychopathic in nature. The stated purpose of the Cremation of Care ceremony is to banish Dull Care from their minds. This is directly from the Hare Checklist of **Exhibit A**, and the members of the Bohemian Club are explicitly affirming their agreement that they will not feel empathy in their future actions for the secret society. The ceremony can be viewed starting at 1 hour and 10 minutes into the documentary at https://www.youtube.com/watch?v=teZljU7pT98.

The Cremation of Care ceremony is authenticated in reports held by the Central Intelligence Agency (CIA).[14] In a short interview of the presidential advisor David Gergen, Gergen makes clear that he was one of the Bohemian Grove attendees and admonishes Jones for the filming, asserting that the ceremonies should have been kept secret.[16] Other reported attendees taking part in the devil worship and satanic rituals include former U.S. Congresswoman Nancy Pelosi's husband, Bill Pelosi, a venture capitalist, Colin Powell, who lied about weapons of mass destruction to help start the Iraq war, George W. Bush who also lied about weapons of mass destruction to start the Iraq war, Dick Cheney, and many others.[17]

Comparison with the purpose of gang initiation rituals and the Hare Checklist provide clear evidence that the purpose of the devil worship and satanic rituals by the secret societies is to create an agreement with other members of the secret societies. As Sutton describes, members of the Skull and Bones and those of the Bohemian Club expect to be heavily rewarded financially and through high-ranking government or business positions they could not achieve on their abilities, in exchange for serving in those positions as a puppet for the secret society.[10,11,12,13] The unlawful acts by the members are then carried out with the agreement that they will receive protection as part of the secret society, which we now know from

---

[16] https://www.youtube.com/watch?v=myarolerowM.

[17] See for example, https://www.cbc.ca/radio/asithappens/as-it-happens-thursday-edition-1.3763576/colin-powell-hack-and-stephen-harper-s-trip-to-secret-summer-camp-for-the-rich-and-powerful-1.3763581; https://historycollection.com/powerful-men-go-misbehave-secrets-bohemian-grove-unveiled-photos/.

the Epstein sex-trafficking crimes and this case includes the protection by the DOJ, while all members remain silent of their knowledge of the unlawful acts.

The comparison with the Hare Checklist shows that the international syndicate, known as the "deep state," is psychopathic in nature. Furthermore, in agreement with evolutionary science, that psychopathic nature is focused on parasitic existence using puppet control of U.S. government officials to pull the country into continuous wars that deplete the U.S. resources, enrichen the international criminal syndicate creating the wars, and undermine the U.S. government.

The information and facts to be judicially noticed in this Motion involving how secret societies have used devil worship and satanic rituals to create agreements with the members to serve as puppets who use their government positions or positions in which they are placed over large companies are not new, and the use of the devil worship and satanic rituals by the Skull and Bones and Bohemian Club are known, including from government records, that are beyond reasonable dispute.

The judges of the FLMD court and the attorneys employed by the DOJ are also known beyond any reasonable doubt to be engaged in organized government crime as part of a criminal enterprise, with the evidence of the crimes by the FLMD judges and attorneys working with the DOJ and the University of Central Florida (UCF) directly on the Court's docket of this case and the basis of the Local Rule 1.05(a) violations used for the fraud upon the court [Doc. 101].

15

What was previously unknown that has caused confusion among political scientists and historians are what modern science are facts of the psychopathic brain structure and the existence of two subcultures created by the two distinct brain structures of human societies. This new understanding allows the two subcultures to be further characterized as including one subculture of those who possess the non-psychopathic brain structure that has a design to build society, which leads to the laws and constitution under which the U.S. is designed to operate. The psychopathic brain structure is structurally similar to the non-psychopathic brain structure but with disabilities introduced that kill the brain's care-switch, apparently as a result of genetic selection due to many thousands of years of warfare.

The second subculture is comprised of those who possess the psychopathic brain structure that evolved from warfare, that has a design to commit crimes and undermine society and engage in endless wars, to exist parasitically off that society built by those who possess the non-psychopathic brain structure. Because of the criminality involved, and the traits of the psychopathic brain structure that procedure pathological lying, this subculture of psychopathic nature attempts to hide itself under the guise of secret societies, through which it creates puppets used to control the U.S. decisions.

Given that evolutionary science indicates that the non-psychopathic and psychopathic subcultures have existed for thousands of years in some type of back-and-forth tug-of-war over control of societies since the onset of warfare, the world

history and U.S. history should be re-examined by experts in political science and U.S. and world history in light of the existence of the two-subcultures. This back-and-forth tug-of-war between the two subcultures could be linked to the empirical pattern of the 250-year lifecycle known to exist for empires, with the U.S. on the declining side of its own.[18]

## CONCLUSIONS

This Motion presents facts to be judicially noticed that relate to the traits of the psychopathic brain structure as given in the established Hare Checklist, and relevant to the public corruption involving the attorneys from the DOJ, the FLMD judges, and attorneys and employees working with UCF that have become part of the organized government crime that further involved the Local Rule 1.05(a) violations in organized government fraud upon the court by the FLMD judges and attorneys.

The facts to be noticed along with arguments placed in the Motion that would otherwise be presented at hearing, point to two subcultures operating in the U.S. One of the subcultures is due to the non-psychopathic brain structure that seeks to build society, and the second is due to the psychopathic brain structure that seeks to undermine society through creation of government puppets and endless wars, to live parasitically off that same society built by the non-psychopaths.

---

[18] See for example, https://thenationaldesk.com/news/politics/the-average-empire-survives-for-250-years-is-america-at-deaths-door; https://en.wikipedia.org/wiki/Social_cycle_theory.

17

The facts to be judicially noticed show that the second subculture is being operated through the U.S. using the Skull and Bones associated with Yale University and other secret societies associated with other universities that use devil worship and satanic rituals to create university and government puppets.

The second is the Bohemian Club that uses the devil worship and satanic rituals on the puppets who have been placed in the government positions and at the tops of U.S. companies and universities, with goals of serving the psychopathic and parasitic subculture in exchange for the financial and career benefits they expect to receive in return. The parasitic and psychopathic subculture associated with the Bohemian Club is also loosely identified as the "deep state" by political scientists.

## HEARING REQUESTED PURSUANT TO RULE 201(e)

This Motion requests the Court set a hearing pursuant to Rule 201(e), which provides the Plaintiff the opportunity to heard on this Motion and its adjudicative facts, and the relevance of these facts to the Local Rule 1.05(a) violations that involve fraud upon the court.

## RULE 3.01(g) CERTIFICATION OF COMPLIANCE

The Plaintiff certifies that he conferred with defendants' counsels in good faith on the Motion and received a majority of counsel responses who opposed the Motion, and a few others who provided no information on their position.

Respectfully submitted this 4th day of June, 2026.

/s/ Dennis G. Deppe

DENNIS G. DEPPE, PRO SE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of June, 2026, I filed the above document

through the U.S. District Court of the Middle District – Orlando, which will provide

electronic service to defendants' counsel, and will serve unrepresented parties

within three days.

/s/ Dennis G. Deppe
DENNIS G. DEPPE, PRO SE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com

19