# Exhibit A

🦋 www.criminologyweb.com

## Hare Psychopathy Checklist Revised (PCL-R)

| | | 0 (definitely not present) | 1 (somewhat present) | 2 (definitely present) |
|---|---|---|---|---|
| 1 | Glibness/superficial charm | | | |
| 2 | Egocentricity/grandiose sense of self-worth | | | |
| 3 | Proneness to boredom/low frustration tolerance | | | |
| 4 | Pathological lying and deception | | | |
| 5 | Conning/lack of sincerity | | | |
| 6 | Lack of remorse or guilt | | | |
| 7 | Lack of affect and emotional depth | | | |
| 8 | Callous/lack of empathy | | | |
| 9 | Parasitic lifestyle | | | |
| 10 | Short-tempered/poor behavioral controls | | | |
| 11 | History of promiscuous sexual relations | | | |
| 12 | History of early behavior problems | | | |
| 13 | Lack of realistic, long-term plans | | | |
| 14 | Impulsivity | | | |
| 15 | Irresponsible behavior | | | |
| 16 | Frequent marital relationships | | | |
| 17 | History of juvenile delinquency | | | |
| 18 | Revocation of conditional release | | | |
| 19 | Failure to accept responsibility for own actions | | | |
| 20 | Many types of offense | | | |
| *Total number of points* | | | | |

References

www.criminologyweb.com

Hare, R. D. (2003). *The Hare Psychopathy Checklist-Revised*, 2nd edition. Toronto, ON: Multi-Health Systems.

See also e.g., Brazil, K. J., & Forth, A. E. (2016). Hare Psychopathy Checklist. In V. Zeigler-Hill, T.K. Shackelford (eds.), Encyclopedia of Personality and Individual Differences, DOI 10.1007/978-3-319-28099-8_1079-1.