# Exhibit B

## Skull and Bones

https://www.youtube.com/watch?v=DD-JttocUzk

https://www.youtube.com/watch?v=XR_MLU8LcBs

https://www.youtube.com/watch?v=MaeYoxdgJaw

https://www.youtube.com/watch?v=XW0exLlbCyM

https://www.youtube.com/watch?v=fjYdHOG597s

