# Exhibit C

# Bohemian Club

https://www.cia.gov/library/abbottabad-compound/FC/
FC8AEB056C2C32F10AFC327BA91F4A45_The_Bohemian_Grove_and_Other_Retreats.rtf.pdf

Alex Jones, "Dark Secrets: Inside the Bohemian Grove," available at https://
www.youtube.com/watch?v=teZljU7pT98

https://www.youtube.com/watch?v=myaroler0wM

