UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


DENNIS G. DEPPE,

    Plaintiff,

v.                          Case Number: 6:24-cv-2098- CEM-NWH

JOHN C. VETTER ET AL., (Individually)

    Defendants.

_____/

## UNOPPOSED MOTION TO WITHDRAW

Nicholas S. Sellas, Esq., proceeding under Local Rule 2.02(c), moves to withdraw from representing Jeffrey Weiss (the "client") in this action. Francis H. Sheppard, Esq. will continue as Lead Counsel for the client in this case.

I certify that the client consents to the withdrawal. The client's written consent is attached hereto as **Exhibit A**.

I certify that the withdrawal will not result in my pervious client proceeding pro se.

I certify that the withdrawal will not result in a continuance of trial.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel conferred with Plaintiff via phone call on July 2, 2026. Plaintiff is unopposed to this Motion to Withdraw.

22180986.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2026, a true copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

/s/ Nicholas S. Sellas
FRANCIS H. SHEPPARD
Florida Bar No.: 0442290
E-mail: fsheppard@rumberger.com (primary)
      docketingorlando@rumberger.com
      fsheppardsecy@rumberger.com (secondary)
NICHOLAS S. SELLAS
Florida Bar No.: 1059266
Email: nsellas@rumberger.com (primary)
      docketingorlando@rumberger.com
      nsellassecy@rumberger.com (secondary)
Rumberger, Kirk, & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

EXHIBIT A

# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS G. DEPPE,

     Plaintiff,

v.                       Case Number: 6:24-cv-2098- CEM-NWH

JOHN C. VETTER ET AL., (Individually)

     Defendants.

_____/

## CLIENT CONSENT FOR WITHDRAWAL OF COUNSEL

Defendant, Jeffrey Weiss, hereby consents to the withdrawal of Nicholas S. Sellas, Esq. as counsel. Francis H. Sheppard, Esq. of Rumberger, Kirk & Caldwell will continue as lead counsel in this case.

Dated: July __ , 2026.

JEFFREY WEISS

22180986.v1