**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENNIS G. DEPPE,

     Plaintiffs,

v.                                Case No.: 6:24-CV-02098-JSS-UAM

JOHN C. VETTER et al.,

     Defendants.

_____/

### <u>MOTION TO WITHDRAW AS COUNSEL</u>

Michael F. Lazcano, proceeding under Local Rule 2.02(c), respectfully moves to withdraw as counsel for Defendants, Florida Governor Ronald D. DeSantis, Florida Inspector General Melinda M. Miguel, and Florida Attorney General James Uthmeier ("State Defendants"). State Defendants will continue to be represented by Elizabeth A. Teegen, Esq.

                    Respectfully submitted,

                    JAMES UTHMEIER
                    Attorney General

                    */s/ Michael F. Lazcano*
                    Michael F. Lazcano (FBN 1058688)
                    Assistant Attorney General
                    Michael.Lazcano@myfloridalegal.com
                    ComplexLitigation.eservice@myfloridalegal.com
                    850-414-3300
                    Office of the Attorney General

1

PL-01 The Capitol
Tallahassee, FL 32399-1050

Elizabeth Teegen (FBN 833274)
Chief Assistant Attorney General
Elizabeth.Teegen@myfloridalegal.com
Office of the Attorney General
Complex Litigation Bureau
PL-01 The Capitol
Tallahassee, FL 32399-1050
*Lead Counsel for Governor Ronald DeSantis, Inspector General Melinda Miguel, and Attorney General James Uthmeier*

## CERTIFICATE OF ATTORNEY CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned counsel conferred via e-mail with the opposing party on August 5, 2026, who does not oppose this Motion to Withdraw as Counsel.

## CERTIFICATE OF NOTICE

Pursuant to Local Rule 2.02(c)(1), I hereby certify that the clients consent to the withdrawal of Michael F. Lazcano as counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

/s/ Michael F. Lazcano
Michael F. Lazcano

2