FILED - USDC - FLMD - ORL
SEP 9 2026 PM2:14

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENNIS G. DEPPE
Plaintiff,
v.

CASE NO.: 6:24-cv-2098-CEM-NWH

JOHN C. VETTER, ET AL., (Individually)
Defendants.
_________________________________/

# PLAINTIFF'S AMENDED MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS RELATED TO THE CRIMINAL SYNDICATE, AND U.S. CONSTITUTIONAL VIOLATIONS INVOLVING VIOLATIONS OF LOCAL RULE 1.05(a), PURSUANT TO RULE 201 OF THE FEDERAL RULES OF EVIDENCE

The Plaintiff Dennis G. Deppe files this Motion for Judicial Notice of Adjudicative Facts Related to the Criminal Syndicate, and U.S. Constitutional violations involving Local Rule 1.05(a), Pursuant to Rule 201 of the Federal Rules of Evidence. **Exhibit C** is added. Adjudicative facts show Harvard, Yale, and the Federalist Society, have been part of fraud related to the immunity asserted by the U.S. District Court of the Middle District Florida (FLMD) judge Carlos Mendoza to engage in bribery and the Local Rule 1.05(a) violations. The criminal syndicate is psychopathic and shown to exert control of courts and the U.S. Department of Justice (DOJ) using puppet judges and attorneys, who assist in the obsessions for unneeded war, famine, and plague, for profit, and sex for extortion.

## BACKGROUND

This Motion presents information and scientific facts of the unusual criminal syndicate that exerts control on the U.S. government and military from behind Skull and Bones and other secret societies attached to Yale, Harvard, other universities, the Federalist Society, the U.S. Department of Justice (DOJ), and U.S. government. Information in this Motion agree with findings of the Church Committee[1] and House Select Committee on Assassinations.[2] However, the Motion goes much further and uses the modern scientific knowledge of the psychopathic brain structure to explain the organizational structure and operation of the syndicate bent on war, plague, famine, and government criminal enterprises.

The facts show the criminal syndicate uses Harvard, Yale, and secret societies that include the Federalist Society, to operate the U.S. as a hybrid "puppet state." The Motion presents facts to show that the criminal syndicate must be understood in terms of the psychopathic brain structures of individuals in banking, finance, government, academia, and journalism, who make up the syndicate that is obsessed with causing wars, plague, famine, use of sex and honeypots for extortion, all to implement financial schemes through which the syndicate and puppets profit through taking.

Figure 1 shows a partial organizational chart of how the criminal syndicate has used the secret societies attached to Yale, Harvard, the DOJ, and other entities, as "human puppet" factories, to form a "backdoor" into the U.S. government while

---

[1] See for example, https://en.wikipedia.org/wiki/Church_Committee, and references therein.
[2] See for example, https://en.wikipedia.org/wiki/United_States_House_Select_Committee_on_Assassinations.

the members of the criminal syndicate try to remain hidden. Puppets are placed in government, journalism, academia, and industries. The Motion presents findings that show evidence that professors at Harvard, Yale, and those connected to the Federalist Society, have used false teachings in law that are incorporated in fraud schemes for the criminal syndicate in the U.S. court system.

**Secret Society Puppet Factories of the Criminal Syndicate**




**Figure 1.** Organizational chart shows how secret societies attached to Yale, Harvard, the DOJ, and U.S. government are used as puppet factories by a criminal syndicate of psychopathic nature to populate puppets into the U.S. government, journalism, academia, and business.

Figure 2 shows the timeline of how the criminal syndicate, comprised of wealthy European psychopaths who were already using secret societies to commit crimes in Europe, began attacking the U.S. using the secret societies even as the U.S. was being formed in the 1800's. The key agencies needed by the psychopathic

criminal syndicate to maintain control are U.S. law enforcement and the judicial system, which occurred just after 1800, and the U.S. court system, that occurred after the 1850's using Freemasons.



**Figure 2.** Timeline that shows when the criminal syndicate from Europe attacked the U.S. to take over law enforcement using Freemasons. The organized crime by law enforcement led to the creation of the Anti-masonic party, and 6th U.S. president John Quincy Adams spoke out against the secret societies.[3]

The events in Fig. 2 provide evidence that the syndicate came into the U.S. from England and other European counties just after 1800 using the secret society of Freemasons to take control of U.S. law enforcement. The Freemasons who infiltrated the U.S. law enforcement were used to stalk, assault, batter, and cause property damage against those they determined as threats to their operation. Members who revealed the Freemason secrets of devil worship, oaths enforced by demanding sexual history, and satanic rituals in some of the lodges were targeted for having "turned" on the Freemasons.

[3] See for example, https://dukereportbooks.com/books/letters-on-freemasonry/.

The public outroar was sufficient that by the time the 6th U.S. president John Quincy Adams was in office, the Anti-masonic political party formed.[4] The criminal operation within the Freemasons were driven underground, but not yet understood as to their psychopathic nature, and maintained partial control of the U.S. government with Freemason puppets. By 1870, Freemason puppets had been made supreme court justices who committed fraud on the Supreme Court.

Historical facts show Prescott Bush was a member of secret society Skull and Bones attached to Yale, and a central figure of the psychopaths obsessed with overthrows of governments, war, and profiting from war. Bush was implicated in the 1933 plan to overthrow the Freemason president, Franklin Roosevelt.[5] By 1941 Bush was funding Hitler for war, and continued that funding even into 1942 after Hitler declared war on the U.S. The U.S. Congress took legal action to end Bush's financing of Hitler.[6]

Puppets and members of the criminal syndicate were also placed in journalism to control the media. Records show that Walter Cronkite, who was once called the most trusted news anchor in broadcasting, was the voice of the 45-ft stone owl at the Bohemian Grove where he led the ceremony of the Cremation of Care. Cronkite delivered the recorded message from the owl that taught the Skull and Bones "playbook" and explained to the Bohemian Grove attendees that they

---

[4] See for example, https://en.wikipedia.org/wiki/Anti-Masonic_Party
[5] See for example, https://en.wikipedia.org/wiki/Business_Plot
[6] See for example, https://en.wikipedia.org/wiki/Prescott_Bush; See also https://en.wikipedia.org/wiki/Trading_with_the_Enemy_Act_of_1917

were working for superior beings who would someday control, enslave, and rule the world.[7,8] Public records show Cronkite repeatedly visited Jeffrey Epstein.[9]

By 1964 the Freemason puppets Earl Warren, Lyndon Johnson, J. Edgar Hoover, and Gerald Ford, participated in the evidence cover-up that John F. Kennedy was shot in the front of the head, and showed the psychopathic criminal syndicate did indeed maintain substantial control of the U.S. government, military, and DOJ. The director of the Central Intelligence Agency (CIA), Allen Dulles, also participated in the cover-up.

Dulles is believed to have possessed the psychopathic brain structure that was also evidenced by his passion to lie about intelligence data to U.S. presidents. But it is known Dulles was not a Freemason. Dulles was operating the Mind Kontrol Ultra (MK Ultra) program in that time period using his director position with the CIA.[10] Congress stopped the CIA's actions once they learned about the MK Ultra and illegal drugs injected into unsuspecting victims, and evidence the CIA had murdered one of its researchers who threatened to disclose the operation.[11]

The Freemason J. Edgar Hoover was heavily reported to be a closeted homosexual, something the Freemason secret society would have known with

---

[7] Numerous past U.S. presidents took part in satanic rituals and burned children in effigy at the foot of the 45-foot owl at the Bohemian Club with Walter Cronkite.

[8] See for example, https://en.wikipedia.org/wiki/Cremation_of_Care; https://www.californiasun.co/presidents-pagan-rituals-and-owls-the-bohemian-clubs-raucous-history/

[9] See for example, https://www.msn.com/en-us/tv/news/walter-cronkite-chats-with-jeffrey-epstein-in-new-photos-from-file-release/ar-AA1SIol7

[10] See https://nsarchive.gwu.edu/briefing-book/dnsa-intelligence/2025-10-30/top-secret-testimony-cias-mkultra-chief-50-years-later.

[11] See for example, https://en.wikipedia.org/wiki/MKUltra; https://www.courthousenews.com/cia-murder-claims-are-credible-but-too-late/

certainty because of the rituals. Hoover used his position as director of the FBI to take adverse actions against other homosexuals,[12] which increased Hoover's vulnerability to sex used for extortion.

The puppet process is now explained in terms of the psychopathic brain structure in some detail. Electromagnetic brain imaging shows that the biological electronic circuitry of the non-psychopathic brain structure that causes the feelings of empathy, the social conscience, and moral compass, is electrically disabled in the psychopathic brain structure. The psychopathic brain structure lacks the *physical electronic circuitry* in that brain's hardware that facilitates the ability to create these types of feelings.

This causes a difficult misconception for the majority of humans who possess the non-psychopathic brain structures, that is used for advantage by those in the minority who possess the psychopathic brain structure, to trick those in the majority who possess the non-psychopathic brain structures. The small child who possesses the psychopathic brain structure is trained by society from the child's first social interactions to become an expert at hiding their true feelings, or else the child will face painful rejection.

A teacher who tells the small child with the psychopathic brain structure that they should care about their classmates, could just as well tell the same child that they should be able to fly by flapping their arms. The small child with the

[12] See D.M. Charles, "Hoover's War on Gays: Exposing the FBI's 'Sex Deviates' Program," https://www.jstor.org/stable/j.ctt1qnw7kx: See also for example, https://outhistory.org/exhibits/show/fbi-history/1970-1979.

psychopathic brain structure can neither fly nor care about their classmates, but can pretend to do both. The same child is unlikely to spend the rest of their life flapping their arms to pretend they can fly. However, society will force the child with the psychopathic brain structure to parrot patriotism and pretend they care, when their brains lack the physical ability to care. Those who possess psychopathic brain structures are forced into puppet-hood for a society that goes against their psychopathic brain structures, or follow their "true calling" and become puppets of a criminal syndicate of the same psychopathic nature.

The Motion uses this scientific understanding of the psychopathic brain to explain one of the "big secrets" of secret societies and puppet creation. The explanation uses the available statistics for judges and attorneys, and that fraction who possess the psychopathic brain structure.[13] The total number of practicing attorneys in the U.S. at the start of 2026 was 1,374,720, and estimates are that 15%, or 206,208 attorneys, possess the psychopathic brain structure.

Figure 3 shows the puppet process with two groups used for puppet creation. The first group are the 206,208 attorneys who are psychopaths predisposed to commit crimes. Even without the second group shown in Fig. 3, the 206,208 attorneys who are psychopaths are sufficient in number to entirely fill all 12,000 attorney positions in the DOJ, all 1,500 positions of federal judges, all 30,000 positions of state judges, and the 535 positions in Congress. Filling all government

[13] See K. Dutton, "The Wisdom of Psychopaths," ISBN 10: 0434020672, William Heinemann, publisher (2012); See for example, https://www.abebooks.com/9780434020676/Wisdom-Psychopaths-Dutton-Professor-Kevin-0434020672/plp.

positions with attorneys who are psychopaths still leaves 150,000 attorneys who are also psychopaths predisposed to commit crimes for the DOJ with DOJ protection and bribery.




**Figure 3.** Schematic diagram that shows how attorneys who possess psychopathic brain structures can be selected from the ~1.4 M of active U.S. attorneys, along with a second group of attorneys who possess non-psychopathic brain structures but easily induced to commit crimes.

The second group for puppet creation is known from Skull and Bones, and are those who possess the non-psychopathic brain structure but are the less intelligent, less capable, more malleable, and less likely to obtain their high government positions based on merit. Instead of relying on merit that they have already determined would not work well for them, they obtain their positions secretly employed as the criminal syndicate's puppets.

The U.S. senator Sheldon Whitehouse has analyzed the Federalist Society attached to Yale, Harvard, and University of Chicago, and found it has a hidden

society consistent with judicial puppet creation. The diagram in Fig. 4 below is adapted from Senator Whitehouse's analysis of the Federalist Society that operates in reality as three different societies. One of these operates in secrecy, which is the secret society of the Federalist Society as shown in Fig. 4.[14]

**Harvard, Yale, Univ. Chicago, Federalist Society in Selection of Judges**




**Figure 4.** Schematic diagram adapted from analysis presented by U.S. Senator Sheldon Whitehouse, showing how the criminal syndicate can access the 3rd Federalist Society linked to outside influence to send puppet judges into the court systems.

This Motion shows that the supreme court justices from the Federalist Society committed fraud upon the Supreme Court in the recent case involving presidential immunity, *Trump v. United States*, 603, U.S. 593 (2024). Prior to this, supreme court justices from the secret society of Freemasons committed fraud upon the Supreme Court involving immunity in *Randall v. Brigham,* U.S. 523 (1868) and *Bradley v. Fisher*, U.S. 335 (1871).

The Federalist Society from Harvard, Yale, and the University of Chicago follows the pattern of the Freemasons with similar "persecution" stories that make

[14]See https://www.whitehouse.senate.gov/news/speeches/the-third-federalist-society/

little sense in a meritocracy such as defined by the Constitution.[15] The story goes that law students at Harvard, Yale, and the University of Chicago grew frustrated by what they saw in the courts as unlawfulness, and decided to take their own action. Their plan was radical, they would adhere strictly to the Constitution. They knew they faced retaliation and persecution by adhering to the Constitution, and formed their own safe-haven with the Federalist Society to meet and discuss how they would carry out their plan.

However, there is no evidence of the supposed persecution, and the Federalist Society is shown below to have perpetuated and modified the fraud on the supreme court by Freemason justices in *Randall v. Brigham,* U.S. 523 (1868) and *Bradley v. Fisher*, U.S. 335 (1871). The adjudicative facts in this Motion to be noticed by the Court show justices from the Federalist Society committed fraud on the Constitution in *Trump v. United States*, 603, U.S. 593 (2024).

Two U.S. Attorney Generals (AGs), Pam Bondi and Todd Blanche, now face bar complaints for unlawful actions they took to protect Jeffrey Epstein who had an obsession to use sex to psychologically injure underage girls and women in a sex trafficking for extortion scheme.[16] Some congressional leaders incorrectly asserted that Bondi had implicated Blanche in protecting Donald Trump from the damaging records of his acts with Epstein. However, that is not what Bondi testified under oath to Congress.

---

[15] See for example, https://everything.explained.today/Federalist_Society/#google_vignette
[16] See https://ldad.org/wp-content/uploads/2026/05/Bondi-Bar-Final.pdf; https://ldad.org/wp-content/uploads/2026/06/Todd-Blanche-Ethics-Complaint.pdf.

Pam Bondi's testimony to Congress,[17] filtered and paraphrased for the relevant facts, was that Blanche and former AGs and FBI directors going all the way back to Robert Mueller had conspired to keep quiet the Epstein crimes of sex-trafficking used for extortion, and links to financial crimes involving the 2008 collapse of the global financial markets. Bondi further testified that she, herself, was under so much pressure because of the weight of the criminality in the DOJ, that she could do nothing to stop Blanche from unlawful actions to hide records of the sex-trafficking for extortion.

This is inconsistent with Blanche protecting Trump, and instead consistent with Blanche protecting the criminal syndicate of psychopathic nature of which Epstein was a member. Bondi's testimony was that even respected DOJ officials from both sides of the political spectrum, Robert Mueller and Merrick Garland, were powerless to take action against those who comprise the psychopathic criminal syndicate. This changes the perspective of who caused the unnecessary war with Iran, that has a design to cause food shortages, i.e., famine, by the closing of the Strait of Hormuz that blocked the fertilizer needed for spring planting.

Bondi's testimony to Congress supports that Trump is being used as a puppet, knowingly or unknowingly, by the criminal syndicate that exerts control of the DOJ, and is bent on war, plague, famine, sex for extortion, and financial schemes tied to the U.S. stock market. Furthermore, evidence of another puppet is Anthony Fauci, who has emerged as using his director position of the National

[17] See https://www.youtube.com/watch?v=Ujg6boRfGQw

Institute of Health to fund the creation of plagues.[18] However, because the DOJ and FBI are the entities that need to investigate, and evidence shows they are under the control of the criminal syndicate, the government crimes are perpetuated.

## MEMORANDUM OF LAW

Rule 201 of the Federal Rules of Evidence is shown below. The facts to be judicially noticed are pursuant to Rule 201(c)(2), Rule 201(d), and Rule 201(e).

ARTICLE II. JUDICIAL NOTICE

**Rule 201. Judicial Notice of Adjudicative Facts**

(a) SCOPE. This rule governs judicial notice of an adjudicative fact only, not a legislative fact.

(b) KINDS OF FACTS THAT MAY BE JUDICIALLY NOTICED. The court may judicially notice a fact that is not subject to reasonable dispute because it:

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

(c) TAKING NOTICE. The court:

(1) may take judicial notice on its own; or

(2) must take judicial notice if a party requests it and the court is supplied with the necessary information.

(d) TIMING. The court may take judicial notice at any stage of the proceeding.

(e) OPPORTUNITY TO BE HEARD. On timely request, a party is entitled to be heard on the propriety of taking judicial notice and the nature of the fact to be noticed. If the court takes judicial notice before notifying a party, the party, on request, is still entitled to be heard.

(f) INSTRUCTING THE JURY. In a civil case, the court must instruct the jury to accept the noticed fact as conclusive. In a criminal case, the court must instruct the jury that it may or may not accept the noticed fact as conclusive.

(As amended Apr. 26, 2011, eff. Dec. 1, 2011.)

The Constitution is attached in **Exhibit A** for judicial notice. Early case law attempting to undermine the Constitution with regard to judicial immunity by the

[18] See for example, https://political.org/2026/06/19/gabbard-releases-documents-on-faucis-role-in-wuhan-lab-funding/; https://www.thedefensenews.com/Tulsi-Gabbard-Releases-Declassified-Files-Detailing-US-Backed-Network-of-120-Biolaboratories-Across-30-Countries/#google_vignette

Freemason supreme court justice Stephen Johnson Field in *Randall v. Brigham,* U.S. 523 (1868) and *Bradley v. Fisher*, U.S. 335 (1871), is shown to be invalid and based on trickery and fraud upon the supreme court involving the Constitution that has been continued through Harvard, Yale, and the Federalist Society. *Bradley v. Fisher*, U.S. 335 (1871) is attached in **Exhibit B**. The first two pages of *Trump v. United States*, 603, U.S. 593 (2024) is attached in **Exhibit C**.

## ADJUDICATIVE FACTS FOR JUDICIAL NOTICE

This Motions explains the fraud on the Supreme Court involving judicial immunity committed by the Freemason Stephen Johnson Field, and how Field went about breaching his contract to the Constitution as part of that fraud in *Randall v. Brigham,* U.S. 523 (1868) and *Bradley v. Fisher*, U.S. 335 (1871).[19] The fraud scheme was repeated by justices from Harvard, Yale, and the Federalist Society in *Trump v. United States*, 603, U.S. 593 (2024), and explained below.

In the original fraud, Field and all other supreme court justices had already determined and began their arguments in *Randall v. Brigham,* U.S. 523 (1868) and *Bradley v. Fisher*, U.S. 335 (1871), that the Constitution creates a binding contract to those who take an oath to uphold it. Therefore, the terms that involve a judge's immunity are already set prior to the judge's taking an oath. The Constitution requires the judge to adhere to those contractual terms of the oath.[20]

[19] See https://en.wikipedia.org/wiki/Stephen_Johnson_Field
[20] See *Randall v. Brigham,* U.S. 523 (1868); *Bradley v. Fisher*, U.S. 335 (1871).

The Supreme Court in *Randall v. Brigham,* U.S. 523 (1868) and *Bradley v. Fisher*, U.S. 335 (1871) made a second unanimous decision, which was that contractual terms set by the oath to the Constitution requires the judge to serve lawfully or be subject to suit, as other citizens. It is simply a means to guarantee that government officials comply with the Constitution, and the contractual terms of the Constitution require government officials of the executive branch to not use their positions to commit unlawful acts. The Constitution provides no immunity to officials in the judiciary or executive branches for intentional violations of law.

The Constitution is attached in **Exhibit A**. The authors and forefathers clearly understood that if judges or a president were given immunity to violate law, judges and a president would violate law. They had already served under a king and knew such a system of aristocracy caused the lawless acts that the forefathers had fought against. The Constitution was therefore intentionally written as both the governing laws of the U.S. and as a contract to adhere to the Constitution from all who took the oath to uphold it.

Therefore, the Constitution as a contract already sets entitlements for those who have immunity and those who do not directly in the contractual terms of the Constitution. There is no need to look outside the Constitution, and in fact the Constitution is written to make any changes to the Constitution intentionally difficult. Every attorney and judge on this case has the legal training in contract law to analyze and determine as shown below, that the Constitution is designed to

hold government officials accountable the same as other citizens, if those government officials use their government positions to commit unlawful acts.

The first question in analyzing the Constitution as a contract is whether federal officers are contractually required to be bound by oath to the Constitution, and is answered in the affirmative in Article VI shown below (**Exhibit A**):

> The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

Therefore, the oath required of federal officers in each of the three branches of government contractually binds all federal and state officers to adhere to the Constitution.

The next question is whether the authors and signers of the Constitution understood how to grant immunity, and if so to whom did the Constitution grant immunity and for what, and to whom did the Constitution not grant immunity. There were fifty-five (55) framers of the U.S. Constitution. Thirty-two (32) of these framers were lawyers.[21] Therefore, the founding fathers and drafters of the Constitution understood law and how to entitle and to not entitle immunity.

The Constitution shows those who are entitled to immunity for their acts, whether official or not, and those acts that entitle immunity, are given in Article I, Section 6. The Constitution entitles only Senators and Representatives of the House immunity and defines the acts that entitle immunity (**Exhibit A**):

---

[21] See for example, https://usconstitution.net/constframedata-html/

**Section. 6.** The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

A final question is whether the Constitution somehow links impeachment and removal to immunity. The answer is no, the impeachment and removal procedures are given in Article 1, Sections 2 and 3, and define the same procedure for impeachment and removal of federal officers. Article 1, Section 2 defines impeachment as the task for the House and states (**Exhibit A**):

The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

Article II, Section 1, explicitly states that Judges are required to hold their Offices only during good Behavior. Therefore, impeachment does not require unlawful acts for conviction. Article 1, Section 3 defines trial and conviction as the task for the Senate and shown below (**Exhibit A**).

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

The impeachment procedures are defined by the Constitution as identical for all federal officers of the three branches of government, and impeachment and removal have no connection to the immunities defined in the U.S. Constitution to which only selected officers are entitled.

The Constitution analyzed as a contract set by oath shows that immunities are already specifically entitled for federal and state officials who take the oath to

uphold that contract. The Constitution truly requires federal and state government officials to be held liable to the same laws as other U.S. citizens, except for those in the Senate and House for specified acts, and prohibits the supreme court justices from changing what is set in the Constitution.

The criminal syndicate had to wait until 1868 after the founding fathers and original drafters had died, before the Freemason supreme court justice Field committed the fraud upon the Supreme Court. Field conceded exactly what is above that attorneys and judges were contractually bound by oath to adhere to the Constitution. However, in what seems like a bizarre argument today, Field asserted that mere laws such as required by the Constitution could **not** dare bind a judge such as Field himself.

Field asserted instead that a judge such as himself cannot be bound by oath to the Constitution because these were just laws, and that he could only be bound by the word of a king. Field asserted in Ran*dall v. Brigham,* U.S. 523 (1868) that courts of U.S. could only operate like England where judges are held liable not by law, but by a king. Field used the "king" argument to refuse the contractual terms he admitted in his opinions he had previously agreed to in taking the oath to the Constitution. Field's argument from Ran*dall v. Brigham,* U.S. 523 (1868) is below:

> In England, the superior judges are the delegates of the King. Through them he administers justice, and to him alone are they accountable for the performance of their trust. And it was said as long ago as 1608, as reported by Lord Coke in *Floyd and Barker's Case,* [Footnote 5] that insomuch as the judges of the realm have the administration of justice, under the King, to all his subjects, they ought not to be called in question for any judicial proceedings by them, except before the King himself, "for this would tend to the scandal and subversion of all justice; and those who are most sincere would not be free from continual calumniations."

Field repeated his "king" arguments in *Bradley v. Fisher*, 80 U.S. 335 (1871), and adds the additional conditions that even the purity of his motives or evidence he breached his own contract to the Constitution could not be questioned, except by the king of England:

> Nor can this exemption of the judges from civil liability be affected by the motives with which their judicial acts are performed. The purity of their motives cannot in this way be the subject of judicial inquiry. This was adjudged in the case of *Floyd and Barker*, reported by Coke, in 1608,[‡] where it was laid down that the judges of the realm could not be drawn in question for any supposed corruption im*348peaching the verity of their records, except before the king himself, and it was observed that if they were required to answer otherwise, it would " tend to the scandal and subversion of all justice, and those who are the most sincere, would not be free from continual calumniations."

The attorneys and judges of this case can see that Field used the "king" argument as the type of extortion linked to the secret society of Freemasons. An attorney who questioned Field's "king" argument would be subjected to sanctions decided by the supreme court justices. Field used the Freemason extortion to "strong-arm" his king argument by including the threat of legal action against attorneys who dare question Field's fraud.

Every attorney and judge related to this case are versed in contract law and can now analyze for themselves the Constitution as a contract to those who take the oath as a government official. The first two pages of *Trump v. United States*, 603, U.S. 593 (2024) are given in **Exhibit C** and show to these attorneys and judges that the supreme court justices engaged in the pathological lying of the psychopathic brain structure in *Trump v. United States*.

The justices falsely assert they analyzed the Constitution as their contract, which they did not. They instead violate their oaths to the Constitution and

attempt pretextual gaslighting to assert that somehow separation of powers in the Constitution determines immunity. This false assertion comes early in *Trump v. United States*, 603, U.S. 593 (2024), as shown in **Exhibit C**:

> *Held*: Under our constitutional structure of separated powers, the nature of Presidential power entitles a former President to absolute immunity from criminal prosecution for actions within his conclusive and preclusive constitutional authority. And he is entitled to at least presumptive immunity from prosecution for all his official acts. There is no immunity for unofficial acts. Pp. 5–43.

The nine supreme court justices were unable to analyze their contractual obligations set by their own oaths to the Constitution, and replaced their obligations to those terms with false narratives. Separation of powers means that the justices have no authority to change the contract terms set by their oaths to the Constitution. The Constitution gives only Congress and the states themselves the powers needed to change the Constitution, which was intentionally made difficult.

The justices who wrote *Trump v. United States*, 603, U.S. 593 (2024) also contradict the supreme court justices who ruled in *Randall v. Brigham,* U.S. 523 (1868) and *Bradley v. Fisher*, U.S. 335 (1871), that Constitution is a contract to those who take its oath. Field, himself, and the other supreme court justices at that time, all ruled that oath to the Constitution *is a contract* with government officials that cannot be changed by judges or presidents.

The supreme court justices have engaged in pathological lying characteristic of puppet control that is psychopathic in nature. However, this does not necessarily prove that the supreme court justices from Harvard, Yale, and the Federalist

Society actually lied in *Trump v. United States*, 603, U.S. 593 (2024). More likely is that at least some of these justices were placed in such deep cognitive dissonance while students at the Harvard and Yale law schools, they are truly confused that their oath to the Constitution creates a contract. Creating cognitive dissonance in the less intelligent law students is the known goal of the criminal syndicate of psychopathic nature from Skull and Bones that has used the secret societies from old European aristocracies to control Yale and Harvard.

Finally, this Motion shows that Field's assertions that if he didn't get his way the judiciary would collapse, is based on fraud. This is yet another example of pathological lying. Field ignored precedent that the first U.S. president, George Washington, signed the Constitution and personally took the oath of office in 1789 to become U.S. president without immunity to be held legally liable if he used the presidency to commit unlawful acts. John Adams, Thomas Jefferson, James Madison, James Monroe, and John Quincy Adams all took oaths to adhere to the Constitution with the same understanding that they would be held legally liable if they used the positions as president to commit unlawful acts.

Field's assertions that the king of England is required instead of the Constitution was also contradicted by the supreme court justice John Paul Stevens, in Stevens' dissenting opinion in *Mireles v. Waco*, 502 U.S. 9 (1991). Stevens argued that the Constitution <u>does</u> hold judges liable for intentional unlawful acts. In the case of *Mireles v. Waco*, 502 U.S. 9 (1991), the judge being sued was alleged to have issued an order for police to batter an attorney, which is clearly illegal.

The actual statistics of U.S. attorneys also contradict Field that a king and aristocracy are required or the U.S. court system would collapse. Judges have remarkable safe-guards against suit in addition to their enhanced ability in law to address lawsuits that are frivolous. Any question of which a judge is uncertain can be certified for appeal, which immediately removes the judge from liability as long as the judge did not act unlawfully. The appellate courts use multiple judges, and the types of dissentions or conflicts between justices seen in *Trump v. United States*, 603, U.S. 593 (2024), are because the justices did not use contract law. Disagreements that in fact are set by contract law of the oaths to the Constitution should never occur among nine supreme court justices.

Figure 5 shows the actual intent of the founders and authors of the Constitution to operate the U.S. as a meritocracy to choose those best qualified for government positions, who intend to follow their oath and adhere to the Constitution. Selecting only "John Quincy Adams" and "John Paul Stevens" types of presidents and judges, is what the authors and founders of the Constitution designed for the meritocracy. The threat of law, as opposed to a capricious king, is what guarantees those placed in government positions intend to obey law, as was intended by the Constitution's authors and founders in designing the oath.




**Figure 5.** Organization structure in which the U.S. government is corrected to operate as a meritocracy by selecting judges from the 200,000 best attorneys verified to possess non-psychopathic brain structures through physical exam. The secret societies attached to Harvard, Yale, and University of Chicago can be addressed before hiring from these institutions into more government positions because of their control by the criminal syndicate that is of psychopathic nature.

Until the secret societies and their psychopathic criminality are understood and addressed, Yale, Harvard, the University of Chicago, and attorneys who are of the Federalist Society, or who participate in satanic rituals at the foot of the 45-ft owl at the Bohemian Grove, or lay naked in the casket for Skull and Bones to reveal their sexual past to be used for extortion, etc., should be blocked from government positions because of their links to the criminal syndicate that is psychopathic. Ron DeSantis gave his oath to the Yale secret society, St. Elmo, (**Exhibit D**), before his oath to the Constitution. The Third Amended Complaint and additional records show organized crime came with DeSantis to the governor's office that will be detailed in forth coming filings.

As for the supreme court justices, the attorneys and judges of this case can quickly determine they breached their contractual oaths to the Constitution making them subject to suit by citizens and classes of citizens who become damaged by false rulings and contract breaches in *Trump v. United States*, 603, U.S. 593 (2024). The records provide evidence that justices took part in yet another scheme of the psychopathic criminal syndicate to create means by which presidents can unlawfully cause war, famine, or plagues, for financial schemes.

**HEARING REQUESTED PURSUANT TO RULE 201(e)**

This Motion requests the Court set a hearing pursuant to Rule 201(e), which provides the Plaintiff the opportunity to heard on this Motion, allow opposing counsel to provide their own arguments, and the relevance to the Local Rule 1.05(a) violations that involve fraud upon the court and immunity.

**CONCLUSIONS**

The adjudicative facts of this Motion come from the Constitution itself that creates a contract, and show the assertion by Carlos Mendoza that judges have judicial immunity to participate in bribery schemes with the DOJ and other judges using the Local Rule 1.05(a) violations, is fraud upon the court. The Constitution uses the threat of suit for unlawful acts, not the threat of a king, to force adherence to the meritocracy defined by the Constitution.

The Supreme Court found in *Randall v. Brigham,* U.S. 523 (1868) and *Bradley v. Fisher*, U.S. 335 (1871), what was already understood at the time, that the oath to the Constitution binds those to serve with no immunity from suit for

their unlawful acts. This is the very reason that justice Stephen Field invoked the "king" argument that makes no sense, and comes from old-Europe's aristocracies.

The DOJ attorney Randy Harwell, and Florida AG James Uthmeier, each took oaths to the Constitution that bind them to the terms of the Constitution that holds each accountable for their unlawful acts, without immunity. The facts of **Exhibit A**, **B**, and **C** of this Motion pursuant to the Constitution are adjudicative, and prove the Plaintiff has just cause to pursue claims against these individuals and judges for damages caused by their negligence and other unlawful acts.

## RULE 3.01(g) CERTIFICATION OF COMPLIANCE

The Plaintiff certifies that he conferred with defendants' counsels in good faith on the Motion. All counsels took no position on the Motion with the exception of the DOJ attorney Randy Harwell and the Florida AG James Uthmeier, through counsel, and informed the Plaintiff they will file responses to oppose the Motion.

Respectfully submitted this 9th day of September, 2026.

/s/ Dennis G. Deppe
DENNIS G. DEPPE, PRO SE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September, 2026, I filed the above document through the U.S. District Court of the Middle District – Orlando, which will provide electronic service to defendants' counsel, and will serve the unrepresented parties along with Randy Harwell and James Uthmeier.

/s/ Dennis G. Deppe
DENNIS G. DEPPE, PRO SE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com