# Exhibit B

## Plain language definition of adjudicative facts using contract

https://definitions.lsd.law/adjudicative-fact

## Definition from https://definitions.lsd.law/adjudicative-fact

## Definition of adjudicative fact

An adjudicative fact refers to a specific detail or event that directly invoves the parties in a legal dispute and is crucial for a court or administrative body to decide how the law applies to a particular situation. These are the central, operative facts that determine the outcome of a case, rather than general background information.

Here are some examples to illustrate:

**Civil Contract Dispute:** Imagine a small business owner sues a supplier, claiming the supplier failed to deliver goods as promised in their agreement.

Adjudicative facts in this scenario would include:

- Whether a written contract existed between the specific business owner and supplier.
- The exact terms outlined in that contract regarding the delivery dates and product specifications.
- Whether the supplier actually delivered the goods, and if so, on what date and in what condition.

These facts are adjudicative because they directly concern the actions and agreements of the specific parties involved and are essential for hte court to determine if a breach of contract occurred and what legal remedies might be appropriate.