UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS G. DEPPE,

Plaintiff,

v. Case Number: 6:24-cv-2098-CEM-UAM

JOHN C. VETTER ET AL., (Individually)

Defendants.
_______________________________________/

**DEFENDANT, JEFFREY WEISS', RESPONSE TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS AND AMENDED MOTION FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS**

Defendant, Jeffrey Weiss, by and through undersigned counsel, files this Response to Plaintiff's Motion for Judicial Notice of Adjudicative Facts [Doc. 330] and Plaintiff's Amended Motion for Judicial Notice of Adjudicative Facts [Doc. 331], and would state:

1. This Court entered a stay pending ruling on the outstanding Motions to Dismiss filed by the multiple Defendants in this case. See this Court's Order dated October 22, 2025 [Doc. 312]. As a result, Defendant believes that Plaintiff's Motion for Judicial Notice of Adjudicative Facts and Amended Motion for Judicial Notice of Adjudicative Facts were inappropriately filed by Plaintiff and are due to be denied by the Court without response by the Defendants. Nevertheless, in an abundance of caution, Defendant would simply advise the Court that he opposes

Plaintiff's Motion for Judicial Notice of Adjudicative Facts and Amended Motion for Judicial Notice of Adjudicative Facts because the adjudicative facts to be noticed are not clearly or concisely set forth, and in any event, the facts requested to be noticed by Plaintiff are not the kind of facts that may be judicially noticed under Federal Rule of Evidence 201(b). Specifically, the facts Plaintiff seeks to have judicially noticed are not the type that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

WHEREFORE, Defendant, Jeffrey Weiss, respectfully requests that the Court deny Plaintiff's Motion for Judicial Notice of Adjudicative Facts and Amended Motion for Judicial Notice of Adjudicative Facts.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of September, 2026, a true copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties; and to Dennis G. Deppe via electronic mail to: dennisdeppe01@gmail.com.

/s/ *Francis H. Sheppard*
FRANCIS H. SHEPPARD
Florida Bar No.: 0442290
E-mail: fsheppard@rumberger.com (primary)
docketingorlando@rumberger.com
fsheppardsecy@rumberger.com (secondary)
Rumberger, Kirk, & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133
Attorneys for Defendant, Jeffrey S. Weiss