**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENNIS G. DEPPE,

Plaintiff,

v. Case No.: 6:24-cv-02098-CEM-NWH

JOHN C. VETTER, et al.,

Defendants.
_________________________________/

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Pursuant to Local Rule 2.02(a), Brian Ronald Flynn-Fallon is designated as lead counsel for Defendants: James Uthmeier, Attorney General of Florida,[1] Ron DeSantis, Governor of Florida, and Melinda Miguel, Chief Inspector General.

Primary email: Brian.Fallon@myfloridalegal.com
Secondary email: complexlitigation.eservice@myfloridalegal.com

[1] At the time of the filing of the lawsuit, Ashley Moody was the Attorney General of the State of Florida. While Plaintiff names Ashley Moody as a Defendant in her individual capacity, the Complaint appears to be directed at Ashley Moody in her official capacity. To the extent Ashley Moody is named in her official capacity, Fed. R. Civ. P. 25(d) automatically substitutes the current Attorney General James Uthmeier as the named defendant.

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

*/s/ Brian Fallon*
Brian R. Flynn-Fallon (FBN 1044316)
Assistant Attorney General
Complex Litigation Bureau
Office of the Attorney General
PL-01, The Capitol
Tallahassee, Florida 32399
Telephone: (850) 414-3300
Brian.Fallon@myfloridalegal.com
*Counsel for Uthmeier, DeSantis, and Miguel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically on September 30, 2026, with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

*/s/ Brian Fallon*
Brian R. Flynn-Fallon
Assistant Attorney General