FILED - USDC - FLMD - ORL
OCT 6 2026 AM9:47

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENNIS G. DEPPE
Plaintiff, CASE NO.: 6:24-cv-2098-CEM-NWH
v.

JOHN C. VETTER, ET AL., (Individually)
Defendants.
_________________________________/

**PLAINTIFF'S OBJECTIONS TO MENDOZA ORDER [DOC. 312], MENDOZA ORDER [DOC. 335], AND MENDOZA ORDER [DOC. 336], PURSUANT TO RULE 46 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The Plaintiff files these Objections to the Mendoza Order [Doc. 312], [Doc. 335], and Mendoza Order [Doc. 336], Pursuant to Rule 46 of the Federal Rules of Civil Procedure, and seeks relief from the orders as described herein. The related Mendoza Order [Doc. 337] denying judicial notice is shown to have no bearing upon the requirement set by 28 U.S.C. §455 that Carlos Mendoza disqualify from the Court due to fraud upon the involving Local Rule 1.05(a) violations, and his contractual breach of and fraud upon the U.S. Constitution through false assertions of immunity in the Mendoza Order [Docs. 312].

## BACKGROUND

There is no dispute by any of the many counsels or their defendants in this case, that the U.S. District Court of the Middle District of Florida (FLMD) judge, Carlos Mendoza, has engaged in an expansive fraud scheme in violation of the U.S.

Constitution. In this scheme the judges breach their contractual terms of the U.S. Constitution set by oath. The assertion of judicial immunity in the Mendoza Order [Doc. 312] is part of a long-standing fraud on the U.S. Constitution that extends to the 11th Circuit Appellate Court judges and U.S. Supreme Court justices, tied through secret societies to a criminal syndicate further tied to Havard, Yale, and other entities [Doc. 331]. In fact, the information in [Doc. 331] shows the individuals who used their supreme justice positions to breach their contractual oaths to the U.S. Constitution create what is known as the "head of the snake."

Randy Harwell, a U.S. Department of Justice (DOJ) attorney, represents the judges Wendy Berger, Julie Sneed, and Embry Kidd as defendants. Yet, Harwell does not dispute that Carlos Mendoza and these defendants are not entitled to immunity under the U.S. Constitution.[1] There is also no dispute that the fraud on the U.S. Constitution that uses the false assertion of immunity to commit unlawful acts as done in the Mendoza Order [Doc. 312], breaches the contract terms set by oath to the U.S. Constitution of these defendants.

The procedural errors of the motions filed by the Plaintiff for judicial notice and their denials by the Court in the Mendoza Order [Doc. 337] have no bearing on the motion filed by the Plaintiff to disqualify Carlos Mendoza from the Court, [Doc. 334]. These motions provide useful background information and

[1] Email records are attached to this Objection in **Exhibit A**, **B**, and **C**, that show that none of the counsels, including the DOJ attorney, Randy Harwell, who represents defendants Wendy Berger, Embry Kidd, and Julie Sneed, dispute that Carlos Mendoza has taken part in an expansive judicial fraud scheme in which judges breach their contractual oaths to the U.S. Constitution to assert immunities to commit unlawful acts.

adjudicative facts that can be properly noticed to the Court pursuant to Rule 201 at any time going forward in the proceeding.[2] The information and adjudicative facts also show that the fraud on the U.S. Constitution and its breach of contract began on the U.S. Supreme Court long ago before any current judges as part of a criminal syndicate, and has remained since. But the motions are irrelevant for the requirement that Mendoza disqualify given in [Doc. 334].

The Mendoza Order, [Doc. 336], denies the motion, [Doc. 334], but makes no mention that Mendoza's contractual breached his contractual obligations to U.S. Constitution in the Mendoza Order, [Doc. 312]. It is undisputed in this proceeding that Mendoza is contractually bound by oath to obey the U.S. Constitution. But Mendoza omits these facts about the U.S. Constitution, upon which he commits fraud, and uses the bald assertion that he has done nothing "pervasive in bias or prejudicial" against the Plaintiff, citing 11th Circuit cases.

Mendoza's additional acts against the Plaintiff include the illegitimate 10-month stay set by Mendoza, in coordination with defendants' counsels, that was again used to stalk, assault, batter, and damage the property of the Plaintiff, attempting to deter the Plaintiff from continuing the lawsuit [Doc. 334]. Committing fraud on the U.S. Constitution, breaching the terms of his most important contract, and placing illegitimate 10-month stays into this proceeding so the Plaintiff could again be stalked, assaulted, battered, and suffer property damage in retaliation, are pervasive in bias and prejudicial to the Plaintiff.

---

2

The U.S. Constitution does not require Carlos Mendoza to be judicially noticed that the U.S. Constitution is his contract to which he is bound by oath. This Objection shows instead how the design of the U.S. Constitution is to place Carlos Mendoza and others who conspire with Mendoza into the perpetual cascade of the commissions of crimes that include the fraud on the U.S. Constitution, breach of contractual obligations pursuant to the U.S. Constitution, and wire fraud directly from the Court on the U.S. Constitution. This occurs by each time Mendoza's denies he is contractually bound by oath to adhere to the U.S. Constitution, or omits these facts as was done in the Mendoza Order [Doc. 336].

**MEMORANDUM OF LAW**

The Federal Rules of Civil Procedure Rule 46, Objecting to Ruling or Order, states: "A formal exception to a ruling or order is unnecessary. When the ruling or order is requested or made, a party need only state the action that it wants the court to take or objects to, along with the grounds for the request or objection. Failing to object does not prejudice a party who had no opportunity to do so when the ruling or order was made."

The U.S. Constitution is the actual contract that defines the terms set by oath under which the Carlos Mendoza, Wendy Berger, Embry Kidd, Julie Sneed, Elizabeth Warren, and Paetra Brownlee are employed in their respective court positions, and these terms of the U.S. Constitution make these individuals subject to suit by the Plaintiff for unlawful acts.

28 U.S.C. §455(a) states "Any justice, judge, or magistrate judge of the United States ***shall*** disqualify himself in any proceeding in which his impartiality might be reasonably questioned."

Fl. St. §914.21 define misleading conduct in an official proceeding as (2)(a): "Knowingly making a false statement;" or as (2)(e): "Knowingly using a trick, scheme, or device with intent to mislead." Fl. St. §914.22 defines criminal acts based on these definitions.

Fl. St. §817.034 defines wire fraud.

## ARGUMENT: OBJECTION UNDER RULE 46 AND THE U.S. CONSTITUTION AS MENDOZA'S CONTRACT AND 28 U.S.C. §455

Rule 46 of the Federal Rules of Civil Procedure cover objections to an order, and requires no formal exception, and only requires that the party only state the basis of the objections and the actions the party requests the court to take.

There are three entities at issue related to the Mendoza Orders that include the Court, the judicial positions set by the Court, and the individuals who occupy those judicial positions. The objections pursuant to Rule 46 and individuals at issue in this objection include Carlos Mendoza, Wendy Berger, Julie Sneed, Embry Kidd, Elizabeth Warren, and Paetra Brownlee.

### Objection to Mendoza Order [Doc. 312] and Basis:

Acting as district judge of the Court, Carlos Mendoza issued the Mendoza Order [Doc. 312] and asserted that Wendy Berger, Julie Sneed, Embry Kidd, Elizabeth Warren, and Paetra Brownlee, be dismissed with prejudice from this

lawsuit because they possessed judicial immunity according to 11th Circuit Appellate Court rulings.

The dismissal of these defendants uses the fraudulent assertions of immunity that violate the U.S. Constitution, and is now objected to. The objection was not possible at the time of the Mendoza Order [Doc. 312], because it was not yet understood that the 11th Circuit Appellate Court rulings cited by Mendoza constitute fraud upon the U.S. Constitution by the judges of the 11th Circuit. There is no dispute among the many defendants' counsels, nor even by this Court, that the U.S. Constitution contractually requires these individuals to serve in their positions subject to suit for unlawful actions. There is no dispute by the many defendants' counsels that Mendoza and the other federal employees are subject to suit by the Plaintiff for damages and injuries they have caused him.

**Objection to Mendoza Order [Doc. 335] and Basis:**

The Mendoza Order [Doc. 312] stayed the proceeding in this lawsuit for 10-months under the guise that the Court needed to review the Third Amended Complaint for defects. Carlos Mendoza originally used the stay under the guise he needed to review the Third Amended Complaint for defects [Doc. 312]. Instead, during the 10-month stay was used to stalk, assault, batter, and cause property damage to the Plaintiff. The stay by Mendoza is pattern of criminal activities by the FLMD judges.

The use of the past stays for the similar actions were reported to the justices of the U.S. Supreme Court for FLMD Case 6:23-cv-1484, and the Florida

Whistleblower lawsuit. The property damage is documented with other entities and tied to both proceedings. The Plaintiff intends to present the facts of these retaliatory acts that were used for harassment in a forthcoming federal complaint that names the individuals who now use this long-standing tactic through U.S. law enforcement to retaliate against those who file lawsuits against those in judicial positions.

Not a single counsel required to confer in good faith under the Court's Local Rule 3.01(g) disputes that Carlos Mendoza engaged in fraud on the U.S. Constitution in the Mendoza Order [Doc. 312], and is subject to suit for the fraud and contractual breach. Even Randy Harwell, who is under oath to the U.S. Constitution, has refused to dispute that Carlos Mendoza is subject to suit for his unlawful actions in this proceeding. The email in **Exhibit A** to Randy Harwell but includes all defendants' counsels and its content is below:

Randy,

Harvey's conclusion is correct, the email was intended for you.

We already conferred on the motion involving Mendoza and now you're back on it. I'll ask you again, do you have any argument for why either you or Mendoza are entitled to immunity?

It's an important question. Mendoza placed a 10 month stay on the case under the guise that he needed to review the Third Amended Complaint to determine if it is a shotgun pleading. There is no legitimate reason for the 10 month stay, and in that time I was stalked, assaulted, battered, with my house irradiated with this annoying high frequency RF that is very directional, and suffered property damage. It's the third proceeding in which the stays have been used like this, so it's pretty important. Mendoza is trying to argue case law against the Constitution as his contract. Case law that supersedes his shows he doesn't have an argument, and obviously I'm going to sue you, Mendoza and Hill for these damages. So the Court could and should ask you the same question.

It's okay that you're now back to the motion we already conferred on, but you have the obligation to confer in good faith. Do you have any such arguments? If you do please send them to me.

Regards,
Dennis

Harwell conferred on motions, and asked the same question about Mendoza many times. Harwell is unable to deny or dispute that Carlos Mendoza is subject to suit for fraud, because Harwell does not wish to breach his own contract to the U.S. Constitution. None of the defendants' counsels will deny their oaths to the U.S. Constitution in conferring, or that Carlos Mendoza is subject to suit by the Plaintiff for unlawful acts.

The Mendoza Order [Doc. 335] was issued after the 10-month stay, and only after, on September 22, 2026, Frank Sheppard, the counsel of defendant Jeffrey Weiss, filed the response [Doc. 333] that falsely stated to the Court that there were "pending motions to dismiss" for the Third Amended Complaint.

The Plaintiff contacted Frank Sheppard as shown in the email attached in **Exhibit B**, pointing out that the statement in response [Doc. 333] is false, and that there are no "pending motions to dismiss" involved in the 10-month stay. Sheppard made no dispute that this statement in the response [Doc. 333] is false, and instead responded that the motions were inappropriate because Mendoza had issued a stay. Sheppard informed the Plaintiff that he was leaving for travel and would not be able to discuss it further.

On September 28, 2026, after receiving the response [Doc. 333] containing the false statement by defendant Weiss and Sheppard, Mendoza issued the Mendoza Order [Doc. 335] that omitted any mention of the U.S. Constitution, and that the U.S. Constitution contractually binds Mendoza and the other judges are

required to serve as judges with full liability to suit if they use their judicial positions to commit unlawful acts against citizens or their country [Doc. 334].

**Exhibit C** shows the email to the opposing counsel for defendant Karen Kline, Harvey Gurland. Gurland as part of conferring in good faith pursuant to the Court's Local Rule 3.01(g) if he can provide any argument for why Carlos Mendoza and the defendants from FLMD judicial positions, are not subject to suit by the Plaintiff for unlawful acts that have caused the Plaintiff injuries and damages. Below shows the text of the email message to Gurland (**Exhibit C**):

> Harvey,
>
> Thank you for pointing out the correction in the earlier email. The Court does want to know your argument, that's why the Court's Local Rule 3.01(g) requires you to confer in good faith. It's also why Fl. St. §914 has definitions that include misleading conduct. I believe Carlos Mendoza and Nathan Hill will also want to understand any argument you have.
>
> We already conferred on the motion involving Mendoza now at issue, and I'll ask you again, do you have any argument for why either Randy Harwell, Nathan Hill or Mendoza are entitled to immunity?
>
> Please send your argument if you possess it as part of this conferring.
>
> Regards,
> Dennis

As the Plaintiff has already informed the Court, none of the defendants' counsels deny their oaths to the U.S. Constitution in conferring in good faith under the Court's Local Rule 3.01(g), or deny that Mendoza is subject to suit by the Plaintiff for Mendoza's unlawful acts that have damaged and injured the Plaintiff.

**<u>Objection to Mendoza Order [Doc. 336] and Basis:</u>**

The district judge Carlos Mendoza issued the Mendoza Order [Doc. 336] that omits Mendoza is under contractual obligation to the U.S. Constitution upon which Mendoza commits fraud. The text of the Mendoza Order [Doc. 336] is below:

**Docket Text:**

**ENDORSED ORDER denying [334] Motion to Disqualify. "A judge's rulings in the same or a related case may not serve as the basis for a recusal motion unless the movant demonstrates 'pervasive bias and prejudice.'" Hicks-Washington v. Hous. Auth. of the City of Ft. Lauderdale, No. 19-12094, 803 F. App'x 295, 303 (11th Cir. 2020) (quoting McWhorter v. City of Birmingham, 906 F.2d 674, 678 (11th Cir. 1990)). Plaintiff has not established pervasive bias or prejudice or any other basis for recusal. See 28 U.S.C. § 144; 28 U.S.C. § 455(a). Signed by Judge Carlos E. Mendoza on 9/28/2026. (KMD)**

The Mendoza Order [Doc. 336] specifically omits and withholds the U.S. Constitution, omits any mention of the fraudulent Mendoza Order [Doc. 312], and baldly asserts there is nothing of "pervasive bias and prejudice" in committing fraud upon the U.S. Constitution, breaching his contractual terms set by oath to the U.S. Constitution, or setting the illegitimate 10-month stay under the guise he would review the Third Amended Complaint for defects. This is because Mendoza knows the stay was used to stalk, assault, and batter the Plaintiff, and cause the Plaintiff property damage, in retaliation for the current lawsuit.

By omitting the most important contract for Mendoza's judicial position, which is the U.S. Constitution to which he is bound, and instead coordinating with Jeffrey Weiss and Frank Sheppard and the other counsels to withhold this record from the proceeding, Carlos Mendoza has established the elements of the crimes in the proceeding in the Mendoza Order [Doc. 336] defined by Fl. St. §914.22(1)(a), to which the Plaintiff assumes Mendoza is now familiar.

Carlos Mendoza has entered the cascade of crimes that results from breaching the contractual terms set by the U.S. Constitution, and refusing to admit that he is contractually bound to adhere to the U.S. Constitution. As the many

defendants' counsels cannot deny, the U.S. Constitution requires Carlos Mendoza to serve in his position fully liable to those who Mendoza causes damage by using his judicial position to breach his contractual obligations pursuant to the U.S. Constitution.

**Action requested by the Court concerning Mendoza Order [Doc. 312], Mendoza Order [Doc. 335], and Mendoza Order [Doc. 336]:**

Carlos Mendoza, the individual, has caused damages to the Plaintiff. Mendoza with an illegitimate 10-month stay used to stalk, assault, batter, and cause property damage to the Plaintiff, breached his contractual oath to the U.S. Constitution, and committed fraud upon the U.S. Constitution in the Mendoza Orders [Doc. 312] and [Doc. 335]. Mendoza is subject to suit by the Plaintiff, for which even Mendoza does not deny, and Mendoza is required to disqualify from the Court pursuant to 28 U.S.C. §445.

The Plaintiff will be filing a number of motions based on the fraud scheme on the U.S. Constitution contractual breach that Mendoza and other judges employ as they use stays of the federal court system to harass, stalk, assault, and batter parties of their cases who challenge their fraud. A motion is being prepared to disqualify Carlos Mendoza from the Court based on illegal actions in the Mendoza Order [Doc. 336], that now violate Fl. St. §914.22(1)(a), and appear to violate Fl. St. §817.034 against organized wire fraud on the U.S. Constitution that uses the Court's electronic transmission system.

This is the continuous cascade of crimes created by the Mendoza Order [Doc. 336], in refusing to accept the U.S. Constitution as his contract and breach of his contractual oath. Each new denial by Carlos Mendoza that omits the U.S. Constitution, his fraud, and his contract breaches, create the basis of a new crime in violation of Fl. St. §914.22(1)(a) and Fl. St. §817.034.

Any judge who asserts judicial immunity after served a complaint that attaches his or her contract to the U.S. Constitution, becomes legally liable for breach of contract and fraud on the U.S. Constitution, and violation of Fl. St. §944.22(1), and organized wire fraud pursuant to Fl. St. §817.034 (**Exhibit D**). The design of the U.S. Constitution is to forces the federal and state court systems to employ only those judges who intend to adhere to the U.S. Constitution and serve lawfully in their judicial positions.

The design of the U.S. Constitution does not allow the puppet judges of a psychopathic criminal syndicate that is pathological in its criminal behavior and induces violation of the contractual obligations set by the U.S. Constitution, or individuals who have been placed puppets in judicial positions to damage the U.S. and its citizens and cause constant war, taking from their own country, and crimes against their own country's citizens [Doc. 331]. This is what was intended by those who drafted and signed the U.S. Constitution, and is independent of whether the individual happens to be a judge of the FLMD, a judge of the 11th Circuit, or a justice of the Supreme Court.

Based on the same fraud upon the U.S. Constitution, the Plaintiff will move to amend the Third Amended Complaint and request the next judge of the Court's identification of any defects, and to reinstate those defendants wrongly dismissed with prejudice in the Mendoza Order [Doc. 312] due to the same false assertions of immunities, that include Wendy Berger, Embry Kidd, Julie Sneed, Elizabeth Warren, and Paetra Brownlee.

## CONCLUSION

The Court should **grant** the Plaintiff requests of this Objection, and begin a new journey of adherence to the U.S. Constitution that restores the U.S. court system to lawfulness, and in which judges and attorneys openly acknowledge they are contractually bound by oath to the terms of the U.S. Constitution, to serve in positions only for lawful purpose, and not as puppets for criminal syndicates.

Respectfully submitted this day of 5th day of October, 2026.

/s/ Dennis G. Deppe
DENNIS G. DEPPE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2026, I filed the above document through the U.S. District Court of the Middle District – Orlando, which will provide electronic service to self-represented defendants and defendants'

counsels, and the Plaintiff will provide separate electronic service to defendants Robin Foret, at rforet@texaslaborlaw@icloud.com, and Linda Coco, at aas27725696@gmail.com.

/s/ Dennis G. Deppe
DENNIS G. DEPPE, PRO SE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com