# Exhibit A

## Email to Randy Harwell pursuant to the Court's Local Rule 3.01(g)

Gmail

Dennis Deppe <dennisdeppe01@gmail.com>

# confer on motion for case 6:24cv2098

**Dennis Deppe** <dennisdeppe01@gmail.com> Thu, Oct 1, 2026 at 12:49 PM
To: "Harwell, Randy (USAFLM)" <Randy.Harwell@usdoj.gov>
Cc: "George, Caryn" <cgeorge@rumberger.com>, "Robert J. Sniffen" <rsniffen@sniffenlaw.com>, "Rabin, Elisabeth" <ERabin@duanemorris.com>, Cynthia Miller <cmiller@sweetapplelaw.com>, "John M. Hafen" <jmh@hanshawkennedy.com>, "amanda@broekerlaw.com" <amanda@broekerlaw.com>, Anne Flanigan <Aflanigan@wsh-law.com>, John Bustamante <jbustamante@grablemartin.com>, "eservice@southronfirm.com" <eservice@southronfirm.com>, "aas27725696@gmail.com" <aas27725696@gmail.com>, Robin Foret <texaslaborlaw@icloud.com>, "Harwell, Randy (USAFLM)" <Randy.Harwell@usdoj.gov>, "Baines, Erica" <Erica.Baines@huschblackwell.com>, "Sheppard, Frank" <fsheppard@rumberger.com>, "Andrew L. Douberly" <ADouberly@dglawyers.com>, Connor Egan <Connor.Egan@skofirm.com>, "mtomlinson@dglawyers.com" <mtomlinson@dglawyers.com>, Elizabeth Teegen <elizabeth.teegen@myfloridalegal.com>, "John M. Taboada" <john@taboadalawfirm.com>, "Bartoszek, Peter" <PBartoszek@wickersmith.com>, "Gurland, Harvey W." <hwgurland@duanemorris.com>

Randy,

Harvey's conclusion is correct, the email was intended for you.

We already conferred on the motion involving Mendoza and now you're back on it. I'll ask you again, do you have any argument for why either you or Mendoza are entitled to immunity?

It's an important question. Mendoza placed a 10 month stay on the case under the guise that he needed to review the Third Amended Complaint to determine if it is a shotgun pleading. There is no legitimate reason for the 10 month stay, and in that time I was stalked, assaulted, battered, with my house irradiated with this annoying high frequency RF that is very directional, and suffered property damage. It's the third proceeding in which the stays have been used like this, so it's pretty important. Mendoza is trying to argue case law against the Constitution as his contract. Case law that supersedes his shows he doesn't have an argument, and obviously I'm going to sue you, Mendoza and Hill for these damages. So the Court could and should ask you the same question.

It's okay that you're now back to the motion we already conferred on, but you have the obligation to confer in good faith. Do you have any such arguments? If you do please send them to me.

Regards,
Dennis