# Exhibit B

## Email to Frank Sheppard pursuant to the Court's Local Rule 3.01(g)

Gmail

Dennis Deppe <dennisdeppe01@gmail.com>

# Confer on Case 6:24cv2098 Motion for Judicial Disqualification

**Dennis Deppe** <dennisdeppe01@gmail.com> Wed, Sep 23, 2026 at 7:42 AM
To: "John M. Hafen" <jmh@hanshawkennedy.com>, aas27725696@gmail.com, "Sheppard, Frank" <fsheppard@rumberger.com>, "Robert J. Sniffen" <rsniffen@sniffenlaw.com>, "Gurland, Harvey W." <hwgurland@duanemorris.com>, "Rabin, Elisabeth" <ERabin@duanemorris.com>, Cynthia Miller <cmiller@sweetapplelaw.com>, amanda@broekerlaw.com, Anne Flanigan <Aflanigan@wsh-law.com>, John Bustamante <jbustamante@grablemartin.com>, eservice@southronfirm.com, Robin Foret <texaslaborlaw@icloud.com>, "Harwell, Randy (USAFLM)" <Randy.Harwell@usdoj.gov>, "Baines, Erica" <Erica.Baines@huschblackwell.com>, "Andrew L. Douberly" <ADouberly@dglawyers.com>, Connor Egan <Connor.Egan@skofirm.com>, mtomlinson@dglawyers.com, Elizabeth Teegen <elizabeth.teegen@myfloridalegal.com>, "Bartoszek, Peter" <PBartoszek@wickersmith.com>, "John M. Taboada" <john@taboadalawfirm.com>

Frank,

I've attached the Response Doc. 333 that you filed for Jeff Weiss in this case. We are now conferring on the current Motion that you were sent yesterday, and this is the place to explain your arguments in Doc. 333.

First, you know precisely what the Plaintiff intends to do in the Motion which is to show that the Constitution sets the contractual terms under which judges that include Carlos Mendoza serve, and that the immunity Mendoza asserted in doc. 312 is part of a judicial fraud scheme.

This is the place to make any arguments for why the contractual terms of the Constitution should not hold. Specifically, you are asked to provide any arguments you believe you possess:

1. For why you believe that the oaths of Carlos Mendoza, and the other judges, to the Constitution do not contractually bind them to serve under the contractual terms set by the Constitution;

2. For why you believe those contractual terms somehow entitle judges or DOJ officials to immunities;

3. And, if you do and for why you believe that Carlos Mendoza and the other judges have judicial immunity to violate Local Rule 1.05(a).

Second, we have many attorneys on this case who are part of conferring over eight months, and not a single counsel or defendant raised an argument in conferring that the motions were inappropriately filed. If they or you had any questions as to the order of Doc. 312 they could have filed their own motions for clarification. Elizabeth Teegan even gave her reason for opposing as because she did not agree with the relief, not because the motions were inappropriately filed.

The response Doc. 333 you filed for Jeff Weiss, comes eight months after conferring on the same motions, and use false assertions about the Mendoza order Doc. 312 to assert that somehow the Plaintiff filed motions inappropriately. The false assertions about what is actually in the court proceedings is a pattern with Jeff Weiss.

The false assertion in Response Doc. 333 by Weiss, is that the Mendoza order of Doc. 312 somehow left Motions to Dismiss pending, when instead these Motions to Dismiss were denied as moot or ruled upon. The false statement is shown below.

1. This Court entered a stay pending ruling on the outstanding Motions to Dismiss filed by the multiple Defendants in this case. See this Court's Order dated October 22, 2025 [Doc. 312]. As a result, Defendant believes that Plaintiff's

Please explain why you assert in the Response Doc. 333 that Motions to Dismiss were left pending, and why Rule 201 of the Federal Rules of Evidence do not allow the Plaintiff to file the motions. Please send the arguments for each before the end of the day Thursday, if any of these arguments or explanations actually exist.

Thank you for taking part in conferring on the current and prior Motions,

Dennis

---

**Doc. 333 Defendant Weiss Response to Motion for Adjudicative Notice.pdf**
97K