# Exhibit C

# Email to Harvey Gurland pursuant to the Court's Local Rule 3.01(g)

Gmail

Dennis Deppe <dennisdeppe01@gmail.com>

## confer on motion for case 6:24cv2098

**Dennis Deppe** <dennisdeppe01@gmail.com> Thu, Oct 1, 2026 at 2:24 PM
To: "Gurland, Harvey W." <HWGurland@duanemorris.com>
Cc: "George, Caryn" <cgeorge@rumberger.com>, "Robert J. Sniffen" <rsniffen@sniffenlaw.com>, "Rabin, Elisabeth" <ERabin@duanemorris.com>, Cynthia Miller <cmiller@sweetapplelaw.com>, "John M. Hafen" <jmh@hanshawkennedy.com>, "amanda@broekerlaw.com" <amanda@broekerlaw.com>, Anne Flanigan <Aflanigan@wsh-law.com>, John Bustamante <jbustamante@grablemartin.com>, "eservice@southronfirm.com" <eservice@southronfirm.com>, "aas27725696@gmail.com" <aas27725696@gmail.com>, Robin Foret <texaslaborlaw@icloud.com>, "Harwell, Randy (USAFLM)" <Randy.Harwell@usdoj.gov>, "Baines, Erica" <Erica.Baines@huschblackwell.com>, "Sheppard, Frank" <fsheppard@rumberger.com>, "Andrew L. Douberly" <ADouberly@dglawyers.com>, Connor Egan <Connor.Egan@skofirm.com>, "mtomlinson@dglawyers.com" <mtomlinson@dglawyers.com>, Elizabeth Teegen <elizabeth.teegen@myfloridalegal.com>, "John M. Taboada" <john@taboadalawfirm.com>, "Bartoszek, Peter" <PBartoszek@wickersmith.com>

Harvey,

Thank you for pointing out the correction in the earlier email. The Court does want to know your argument, that's why the Court's Local Rule 3.01(g) requires you to confer in good faith. It's also why Fl. St. §914 has definitions that include misleading conduct. I believe Carlos Mendoza and Nathan Hill will also want to understand any argument you have.

We already conferred on the motion involving Mendoza now at issue, and I'll ask you again, do you have any argument for why either Randy Harwell, Nathan Hill or Mendoza are entitled to immunity?

Please send your argument if you possess it as part of this conferring.

Regards,
Dennis