OCT 13 2026 AM11:23 FILED - USDC - FLMD - ORL

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DENNIS G. DEPPE
Plaintiff, CASE NO.: 6:24-cv-2098-CEM-NWH
v.

JOHN C. VETTER, ET AL., (Individually)
Defendants.
_________________________________/

**PLAINTIFF'S MOTION FOR DISQUALIFICATION OF NATHAN HILL FROM THE COURT PURSUANT TO 28 U.S.C. §455, VIOLATIONS OF THE U.S. CONSTITUTION AS THE JUDGE'S CONTRACT, FRAUD UPON THE COURT INVOLVING THE COURT'S LOCAL RULE 1.05(a), AND RELATED EVIDENCE OF CRIMES IN THE PROCEEDING**

This Motion is brought by the Plaintiff Dennis G. Deppe (Plaintiff) for disqualification of Nathan Hill from the Court pursuant to 28 U.S.C. §455, false assertions of immunity to commit judicial fraud in violation of the U.S. Constitution as the judge's contract [Doc. 291], fraud upon the court involving violations of the Court's Local Rule 1.05(a), and evidence of related crimes.

## BACKGROUND

### Conferring with Opposing Counsel and Motion to Disqualify

The opposing counsel have been consistent on conferring to date on this Motion to Disqualify and others to avoid breaching their own oaths to the U.S. Constitution. Perhaps this will change but it has been the judges who have obviously been trained to effectively deny their oaths. It is fair to say that the U.S.

District Court of the Middle District of Florida (FLMD) district judge Carlos Mendoza has "tip-toed around" the U.S. Constitution to avoid the outright verification of breach of addressing his oath in this proceeding.

Several opposing counsels asserted to the Plaintiff in conferring that they had an argument they would provide if requested by the Court. However, their arguments were not about judicial immunity but in fact seemed to be related to procedural errors in past motions, and used to intimidate. There is a high degree of certainty from conferring that attorneys do not agree with the positions of the U.S. Supreme Court justice Stephen Field in *Bradly v. Fisher*, 80 U.S. 335 (1872) shown in **Exhibit A**, in which Field announces he is refusing to follow the U.S. Constitution.

Why the opposing counsels have refused to breach or deny their oaths to the U.S. Constitution could partly be that they have to follow these oaths, and have always been subject to suit for their unlawful actions in proceedings. In fact, this is much of the basis of the Florida criminal statute Fl. St. §914, which mirrors federal codes to protect against court proceedings being used in criminal activity by attorneys.

However, **Exhibit B** that presents 18 U.S.C. Ch. 115 and includes 18 U.S.C. §2383, rebellion and insurrection, show directly that Field engaged in rebellion and insurrection against the U.S. Constitution in *Bradly v. Fisher*, 80 U.S. 335 (1872), and his actions would now be in violation of 18 U.S.C. §2383.

The existence of the psychopathic brain structure in a minority of the population in human society is adjudicative in this case, and an accepted scientific fact that is beyond reasonable dispute.[1] Figure 1 also in fact uses historical records and public records to explain the organization of the criminal syndicate identified by investigations of the U.S. Senate Church Committee[2] and the U.S. House of Representatives Select Committee on Assassinations.[3] The goals of the criminal syndicate comprised of wealthy bankers and financiers bent on war, famine, plague, taking through financial schemes, and sex for extortion are psychopathic.

**Secret Society Puppet Factories of the Criminal Syndicate**




**Figure 1.** Organizational chart shows how secret societies attached to Yale, Harvard, the DOJ, and U.S. government are used as puppet factories by a criminal syndicate of psychopathic nature to populate puppets into the U.S. government, journalism, academia, and business.

[1] The Hare Checklist was developed in 1991 and is the measure of choice of psychopathy. See for example, https://psychology-tools.com/test/pcl-22; https://psycnet.apa.org/record/1997-03012-001.
[2] See for example, https://en.wikipedia.org/wiki/Church_Committee; https://www.senate.gov/about/powers-procedures/investigations/church-committee.htm
[3] See for example, https://en.wikipedia.org/wiki/United_States_House_Select_Committee_on_Assassinations; https://www.archives.gov/research/jfk/select-committee-report/toc.

The idea that the current U.S. Supreme Court justices somehow went "rogue" in **Exhibit C** and attacked the U.S. Constitution is not how the human puppet factories illustrated in Fig. 1 above are shown to operate. This is also true of the U.S. Supreme Court justice Stephen Field, who appears to have issued an opinion in **Exhibit A** that was given to him by the criminal syndicate, that is now known to have originated from England and parts of Europe.

It may be easy to blame the U.S. Supreme Court justice Stephen Field, but all facts point to that Field was a puppet of the criminal syndicate of psychopathic nature illustrated in Fig. 1, and the attack that used the king of England when England was ruled by a queen has psychopathic features. The records from the U.S. Supreme Court provide evidence that England's aristocracy was in some sense still attacking the U.S. in the early 1800's even after England lost the war of independence, and doing so through secret societies it controlled in the U.S. that include the Freemasons and Skull and Bones attached to Yale.[4]

The organization chart of what records provide evidence is the criminal syndicate of wealthy bankers, investors, and financiers who have learned how to profit from war by funding and causing war, would have been nearly impossible without the scientific studies that now identify the existence of the psychopathic brain structure in the minority of the populations of human society. The features are directly linked to the war in Iran and the Epstein crimes through the U.S. Department of Justice (DOJ) and judges and justices in the U.S. court systems.

[4] See for example, https://en.wikipedia.org/wiki/Skull_and_Bones.

The diagram in Fig. 2 adapted from Senator Whitehouse's analysis of the Federalist Society that the use of the secret societies by the criminal syndicate has been refined, but the false message is still the same.[5] The selection of judges and justices is so critical, and the U.S. Constitution so advanced and so difficult to understand, that the U.S. Supreme Court justices must be carefully selected to properly understand the deep meanings hidden within the U.S. Constitution, and interpret the subtle aspects contained in its text.




**Figure 2.** Schematic diagram adapted from analysis presented by U.S. Senator Sheldon Whitehouse, showing how the criminal syndicate can access the 3rd Federalist Society linked to outside influence to send puppet judges into the court systems.

Yet, none of the above is true or accurate about the U.S. Constitution. If the U.S. Supreme Court justices cannot agree on what the U.S. Constitution states in legal terms, how would U.S. citizens be able to understand and follow the U.S. Constitution. The answer to the question shows that U.S. Constitution has been attacked by the criminal syndicate in its unchangeable psychopathic behavior, and that the confusion is intentional. The assertion of judicial immunity is not allowed

[5]See https://www.whitehouse.senate.gov/news/speeches/the-third-federalist-society/

by the U.S. Constitution, because its purpose is to hold judges and justices accountable to law. The authors and founders knew that without that, the judges could be used to attack their own country, as in fact occurred by 1870 (**Exhibit A**).

It seems fair to say that the majority of opposing counsels, defendants, and judges in state and federal courts are not in favor of unlawful war which can be understood as organized government crime in the U.S. for the purpose of taking. The lack of understanding of the psychopathic brain structure and its impact on the U.S. through continuous wars such as now with Iran has perpetuated these wars, and the unlawfulness of judges using the federal and state court systems.

Every opposing counsel and judge in this case can now see that the U.S. Supreme Court justices did take part in the criminal operation of the organized government crime illustrated in Fig. 1, in the recent case involving presidential immunity, *Trump v. United States*, 603, U.S. 593 (2024) (**Exhibit C**). It seems fair to say that few people in the U.S. or on this case really care about the individuals who occupy the U.S. Supreme Court as justices, and instead want to see adherence by these justices to the rule of law.

The threat of suit against a judge or justice who acts unlawfully is not quite sufficient because it does not yet bring in the understanding of why the judges or justices are taking the unlawful actions. Injecting cognitive dissonance is in fact the tool of those who possess the psychopathic brain structure, and was used to build great armies who then brutally killed each other as ordered by their leader. This cognitive dissonance is now being injected into law graduates being produced

from Harvard and Yale, selected and trained to continue the U.S. Constitution that a judge possess immunity so that they may use their judicial position to commit unlawful acts.

Once it is openly understood that this fraud on the U.S. Constitution is being perpetrated by judges and justices in service of the criminal syndicate of psychopathic nature identified with Jeffrey Epstein and others now carrying out war. Therefore, the understanding of Figs. 1 and 2 and the secret societies, and scientific facts about the psychopathic brain structure, are needed to identify how the criminal syndicate operates, and how to restore adherence to the U.S. Constitution by judges and justices.

The criminal statutes largely require knowingly and intentionally committing the crimes alleged to have been used in this proceeding by officers of the Court in furtherance of the fraud upon the court in which judges violate the Court's Local Rule 1.05(a) [Doc. 101]. The fact that this court fraud extends to chief judges is not surprising.

However, there is a lot of evidence that the fraud on the U.S. Constitution that is allegedly perpetrated by the district judges and magistrate judges surrounding the orders [Doc. 291] and [Doc. 312] were taken at least partly in cognitive dissonance, as was done by U.S. Supreme Court justices in the opinions of **Exhibit C**. For at least the magistrate judge, Nathan Hill, [Doc. 291] is alleged to constitute at least constructive fraud, for which Hill individually is liable to the Plaintiff in suit for damages.

Nathan Hill's actions have been taken in furtherance of the criminal syndicate of psychopathic nature behind the government corruption involving the Epstein sex and financial crimes taken as part of the syndicate's control of the U.S. Department of Justice (DOJ) [Doc. 331]. Furthermore, the criminal syndicate has used the DOJ and court systems through the Federal Bureau of Investigation (FBI) to carry out the same type of harassment and retaliation first used by Freemasons connected to law enforcement.[6]

These facts make the understanding of the psychopathic nature of the criminal syndicate important, and emphasize the importance that the relevant complaints be filed using the procedures to bring suit against individuals who have used their judicial positions to commit crimes for the syndicate at work, and disqualification of Nathan Hill pursuant to his actions in this proceeding that culminated in the [Doc. 291], and breach of his contractual oath, and constructive fraud on the U.S. Constitution that employs false assertions of immunity to engage in unlawful acts against U.S. citizens.

## MEMORANDUM OF LAW

The U.S. Constitution contractually binds judges by oath to the terms of their employment defined within the U.S. Constitution, and makes judges subject to suit for use of their judicial positions to commit unlawful acts.

[6] See formation of Anti-masonic political party,

28 U.S.C. §455(a) states "Any justice, judge, or magistrate judge of the United States ***shall*** disqualify himself in any proceeding in which his impartiality might be reasonably questioned."

28 U.S.C. §455(b) states that "He shall also disqualify himself in the following circumstances:

(1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding; ...

(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding; ..."

The 11th Circuit has ruled that under 28 U.S.C. §455(a), a federal judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned...," and "The standard is further whether an objective, fully informed lay observer would entertain significant doubt about the judge's impartiality." *Christ v. Padgett*, 223 F.3d 1324, 1333 (11th Cir. 2000).

The Supreme Court has further ruled that the touchstone for recusal under 28 U.S.C. § 455(a) is "not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994). And "The very purpose of § 455(a) is to promote confidence in the judiciary by avoiding even the appearance of impropriety whenever possible." *United States v. Patti*, 337 F.3d 1317, 1321 (11th

Cir. 2003) (quoting *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988)). Thus, "any doubts must be resolved in favor of recusal." Id.

**28 U.S.C. §455, FRAUD ON THE U.S. CONSTITUTION, AND NATHAN HILL'S DISQUALIFICATION FROM THE COURT**

The issue for the magistrate judge Nathan Hill, and for the other attorneys and judges of the proceeding concerning 28 U.S.C. §455, is that the evidence of the breach of oath and fraud on the U.S. Constitution, and the white-collar crimes by the attorneys and judges are part of the proceeding and require little if any discovery. Instead, the evidence of the crimes used in the judicial proceedings are already in evidence through the official records on the docket and conferring.

Once Nathan Hill issued the fraudulent report and recommendation [Doc. 291], he may have been able to quickly retract if after objection, but he has already committed the fraud and breached his oath to the U.S. Constitution in his own filing. The facts against Hill are not questioned, and even for constructive fraud or breach of his contractual oath, Hill's knowledge that his report and recommendation in [Doc. 291] is fraudulent is unnecessary.

If Hill issues another such report or order, it becomes fraudulent misrepresentation, a second breach of his oath, and attains the elements of wire-fraud pursuant to Fl. St. §817.034. Hill then quickly becomes liable to the Plaintiff for his pattern of crimes in violations of Fl. St. §914 and Fl. St. §817, and this pattern needs no discovery to prove. If a motion to dismiss is filed that asserts immunity for the unlawful acts, the motion to dismiss becomes direct evidence of

breach of the oath and fraud on the U.S. Constitution. Therefore, these types of crimes and fraud become some of those most easily addressed by limited discovery and judgements on the proceeding.

Hill therefore has a duty to disqualify from the Court under 28 U.S.C. §455(b)(1), (4), in addition to the duty to disqualify under 28 U.S.C. §455(a). Furthermore, it is not only Hill who is liable to the Plaintiff in these cases, the 11th Circuit appellate judges also collectively breached their oaths to the U.S. Constitution by asserting that Defendant Sovinski possessed immunity to commit perjury in the U.S. Patent and Trademark Office (USPTO), and fraudulent misrepresentation of the elements of a claim pursuant to 42 U.S.C. §1983.[7] The unpublished opinion and refusal to carry out the appeal filed by the Plaintiff because it attached the perjury by Sovinski into the actual appeal, are evidence of further crimes that require no discovery by the Plaintiff.

The authors and forefathers set up under the U.S. Constitution to make the unrelenting demand that the U.S. operate as a meritocracy, not a puppet state or hybrid puppet state in which criminal syndicates could hide behind secret societies of old-Europe's aristocracies. The U.S. Supreme Court justice John Paul Stevens understood this, and remains one of the few justices held in high esteem by the judicial community because of his forthright support of the U.S. Constitution, as his oath required.

---

[7] The appeal was filed from the FLMD Case No. 6:23-cv-1484 arguing that Defendant Sovinski is not entitled to immunity to commit perjury in the USPTO, or breach the employment contract of the UCF Collective Bargaining Agreement further specified in UCF-2.029.

The fact that the criminal syndicate at work behind the DOJ and U.S. Supreme Courts is of a psychopathic nature could not have been discovered before what is considered now the pioneering work by Robert Hare and other researchers that led to the creation of the Hare Checklist in 1991. It is an established scientific fact, and in this proceeding is adjudicative.

Figure 3 shows the actual intent of the founders and authors of the Constitution to operate the U.S. as a meritocracy to choose those best qualified for government positions, who intend to follow their oath and adhere to the Constitution. Selecting only "John Quincy Adams" and "John Paul Stevens" types of presidents and judges, is what the authors and founders of the Constitution designed for the meritocracy.




**Figure 3.** Organization structure in which the U.S. government is corrected to operate as a meritocracy by selecting judges from the 200,000 best attorneys verified to possess non-psychopathic brain structures through physical exam. The secret societies attached to Harvard, Yale, and University of Chicago can be addressed before hiring from these institutions into more government positions because of their control by the criminal syndicate that is of psychopathic nature.

The threat of law, as opposed to a capricious king, is what guarantees that those who are placed in government positions obey the U.S. Constitution. Even Stephen Field did not question this authority of the U.S. Constitution, and instead rebelled against it in furtherance of the criminal syndicate of psychopathic nature. The Hare Checklist provides evidence of why this type of criminal syndicate of wealthy psychopaths who appear to be throwbacks of the aristocratic rulers of old-Europe keep their secrecy, and evolutionary science provides a substantial explanation of their brain structure as dimorphism.

Pursuant to 28 U.S.C. §455(b), Nathan Hill "shall also disqualify himself in the following circumstances:

(1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding; ...

(4) He knows that he, individually... has any other interest that could be substantially affected by the outcome of the proceeding; ..."

Hill has issued a report and recommendation that disputes the evidentiary facts in this proceeding [Doc. 291]. Hill's report asserts that judges and the clerk possess immunity to commit fraud and violate the Court's Local Rule 1.05(a), which contradicts Hill's oath to the U.S. Constitution. Hill is subject to suit by the Plaintiff for damages he has caused and will cause to the Plaintiff in this proceeding, and possesses an interest that could be substantially affected by the outcome of this proceeding.

Hill is therefore required pursuant to 28 U.S.C. §455 to disqualify from the Court.

## CONCLUSION

This Motion for Disqualification is justified and explained pursuant to 28 U.S.C. §455, and agrees with prior rulings from the 11th Circuit and U.S. Supreme Court cases. The Court should grant this Motion, and Nathan Hill is required to disqualify from the Court.

## RULE 3.01(g) CERTIFICATION OF COMPLIANCE

The Plaintiff certifies that, prior to filing this Motion, he provided a draft of this Motion to all counsel and self-represented defendants, and conferred with defendants or their counsels in good faith.

Respectfully submitted this day of 13th day of October, 2026.

/s/ Dennis G. Deppe
DENNIS G. DEPPE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of October, 2026, I filed the above document through the U.S. District Court of the Middle District – Orlando, which will provide electronic service to self-represented defendants and defendants' counsels, and the Plaintiff will provide separate electronic service to defendants

Robin Foret, at rforet@texaslaborlaw@icloud.com, and Linda Coco, at aas27725696@gmail.com.

/s/ Dennis G. Deppe
DENNIS G. DEPPE, PRO SE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com