FILED - USDC - FLMD - ORL
OCT 14 2026 AM 11:05

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENNIS G. DEPPE
Plaintiff, CASE NO.: 6:24-cv-2098-CEM-NWH
v.

JOHN C. VETTER, ET AL., (Individually)
Defendants.
_______________________________________/

**PLAINTIFF'S UNOPPOSED MOTION TO STAY PROCEEDING PURSUANT TO RULE 6 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The Plaintiff Dennis G. Deppe (Plaintiff) brings this Unopposed Motion to Stay Proceeding Pursuant to Rule 6 of the Federal Rules of Civil Procedure, for the good cause given herein.

**BACKGROUND**

This unopposed Motion requests a stay in these proceedings. The stay is requested to allow all parties involved in this proceeding to assess the organized government crime and the criminal syndicate responsible for the crimes that are impacting the U.S. and its court systems. The criminal syndicate is psychopathic in nature, and operates a puppet process of government officials that include judges and justices.

The stay is needed to address several issues that are now prejudicial to the Plaintiff and others in this proceeding, that include the Third Amended Complaint. Opposing counsels and defendants have been induced by the criminal syndicate

into unlawful acts and violations of the Court's local rules, including in conferring on needed motions. Individuals holding judicial positions have been induced into fraud and breaches of oaths to the U.S. Constitution [Doc. 344].

The Plaintiff continues to be stalked, assaulted, battered, and targeted with property damage in retaliation for filing the lawsuit.[1] These actions, that originate from the criminal syndicate and taken in retaliation against the Plaintiff for filing the lawsuit, are highly prejudicial to any litigant, including the Plaintiff. The 10-month stay that was used for the stalking, assaults, batteries, and to cause property damage to the Plaintiff, has no legitimate purpose, and was not used to review the Third Amended Complaint for defects.[2]

The fraud and contractual breaches of oaths of the U.S. Constitution by judges now take center-stage in this proceeding because of the unlawful acts by judges that make them subject to suit by the Plaintiff for damages, and because of the extreme inducements involved that have caused the unlawful acts. Counsels for the defendants have been induced into violations of the Court's Local Rule 3.01(g), and the judges in this case placed into the cascade of crimes designed by the U.S. Constitution for those who violate their oaths.

[1] Names and contacts for some of the individuals involved and being used in the retaliation and property damage as part of this proceeding have been provided by separate email communications to the DOJ's Randy Harwell.

[2] See Order [Doc. 312] that asserts that the stay that lasted for 10-months and used to stalk, assault, batter, and cause property damage to the Plaintiff was so that the Third Amended Complaint could be reviewed for defects.

In addition to being prejudicial to the Plaintiff, continuing the proceeding in its current form will also waste extensive court resources because of the unlawful acts used in the proceeding, and because of the large number of defendants already induced as part of the fraud schemes. The defendants' counsels themselves, and the judges, may have claims against the DOJ for these very heavy inducements, and continuing the proceeding in its current state will likely increase liabilities.

The stay is needed to address the unlawful actions, identify any remaining defects in the Third Amended Complaint, assess judicial liabilities for the court fraud and fraud on the U.S. Constitution, and restore the proceeding for proper conferring on motions for the Plaintiff, defendants, and the Court. The criminal syndicate has been able to operate in hiding because of the lack of understanding that has historically existed about the psychopathic brain structure. **Exhibits A, B**, and **C** of this Motion make clear how the criminal syndicate used supreme court justices to carry out the fraud and breach of oaths by judges, and in fact constitute rebellion and insurrection (**Exhibit B**), also represent what is known about the psychopathic brain structure.

The criminal syndicate is now known [Doc. 331], and its puppet process that is a throwback adapted from old-Europe's aristocracies has led to fraud on the U.S. Constitution is also understood. There is a reason the syndicate was hiding behind the secret societies, and the puppet process and organization of the criminal syndicate through secret societies was described in prior court filings. Information and records show that the Federalist Society is also the work of the criminal

syndicate that is psychopathic in nature.[3] The criminal syndicate seeks to overthrow the U.S. Constitution meritocracy to cause war and facilitate taking, and characterize the psychopathic brain structure.

**Harvard, Yale, Univ. Chicago, Federalist Society in Selection of Judges**




**Figure 1.** Schematic diagram adapted from analysis presented by U.S. Senator Sheldon Whitehouse, showing how the criminal syndicate can access the 3rd Federalist Society linked to outside influence to send puppet judges into the court systems.

The criminal syndicate of wealthy financiers running financial schemes is psychopathic, hides behind secret societies that include the Federalist Society, and has used justices of the U.S. Supreme Court to advocate overthrow and maintain fraud on the U.S. Constitution.

## MEMORANDUM OF LAW

Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure states: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without notice if the court acts, or a request is made, before the original time or its extension expires: ...'.

## ARGUMENT TO STAY PROCEEDING

[3]See https://www.whitehouse.senate.gov/news/speeches/the-third-federalist-society/

The stay is needed by the Plaintiff, opposing counsels, and Court to restore the proceeding to a proper proceeding according to the Court's local rules and Federal Rules of Civil Procedure, and to address the issues related to fraud and contractual breaches of the U.S. Constitution that further impact the Third Amended Complaint.

The heavy inducements being used and psychopathic nature of the criminal syndicate were not sufficiently understood prior to science that revealed the existence of the psychopathic brain structure in human society. This understanding now explains the fraud involving judicial immunity and contractual breach of the U.S. Constitution. Every attorney and judge on this case can see what occurred in the courts and is contained in **Exhibits A**, **B**, and **C**, and the Hare Checklist and brain imaging further explain these features and its impact.

The wealthy psychopaths who were hiding behind secret societies and puppets were doing so because they can no longer openly existed in modern societies, and this is also true for the fraud on the U.S. Constitution. The attorneys and judges very likely have their own claims against the DOJ based on these extreme inducements, and only a few are truly of the criminal nature. Therefore, the stay is needed to restore the ability of the proceeding to continue properly under the Court's local rules, including Local Rule 1.05(a) and Local Rule 3.01(g).

The Plaintiff has legitimate claims against judges, many of the opposing counsels, and defendants, and has been prejudiced by the retaliation. The large

number of defendants make proper assessment of the Third Amended Complaint by the Court to address any remaining defects, and properly address judicial immunity, will cause extensive waste of court resources without the stay. Therefore, there is good cause for all for the Court to grant this Motion, and the stay of proceeding regarding the Third Amended Complaint while these issues are addressed.

## CONCLUSION

For good cause shown, the Court should **grant** this Motion and stay the proceedings related to the Third Amended Complaint, and to address the fraud and contractual breaches of oaths of the U.S. Constitution that are now known.

## RULE 3.01(g) CERTIFICATION OF COMPLIANCE

The Plaintiff certifies that, prior to filing this Motion, he conferred with defendants or their counsels in good faith and none of the counsels or defendants oppose this Motion.

Respectfully submitted this day of 14th day of October, 2026.

/s/ Dennis G. Deppe
DENNIS G. DEPPE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October, 2026, I filed the above document through the U.S. District Court of the Middle District – Orlando, which will provide electronic service to self-represented defendants and defendants' counsels, and the Plaintiff will provide separate electronic service to defendants Robin Foret, at rforet@texaslaborlaw@icloud.com, and Linda Coco, at aas27725696@gmail.com.

/s/ Dennis G. Deppe
DENNIS G. DEPPE, PRO SE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com