UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS G. DEPPE,

Plaintiff,

v. Case Number: 6:24-cv-2098-JSS-UAM

JOHN C. VETTER ET AL., (Individually)

Defendants.
________________________________/

**DEFENDANT, JEFFREY WEISS'S**
**NOTICE OF ADDITIONAL APPEARANCE**

Defendant, Jeffrey Weiss, hereby gives notice of the additional appearance of Hannah L. Steele of the firm of RUMBERGER, KIRK, & CALDWELL, A Professional Association. Francis H. Sheppard will continue as lead counsel for said Defendant, and should continue to be served in this case.

Please use the following e-mail addresses for serving discovery via e-mail:

| | |
|---|---|
| Counsel's name: | Francis H. Sheppard |
| Primary e-mail address: | fsheppard@rumberger.com |
| Secondary e-mail addresses: | docketingorlando@rumberger.com |
| | fsheppardsecy@rumberger.com |

**AND**

| | |
|---|---|
| Counsel's name: | Hannah L. Steele |
| Primary e-mail address: | hsteele@rumberger.com |
| Secondary e-mail addresses: | docketingorlando@rumberger.com |
| | hsteelesecy@rumberger.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been filed with the Clerk of Court via the CM/ECF e-filing system, which provides notice to all counsel and parties of record, this 21st day of October, 2026.

s/ *Hannah L. Steele*
FRANCIS H. SHEPPARD
Florida Bar No.: 0442290
E-mail: fsheppard@rumberger.com (primary)
docketingorlando@rumberger.com
fsheppardsecy@rumberger.com (secondary)
HANNAH L. STEELE
Florida Bar No.: 1048734
Email: hsteele@rumberger.com (primary)
docketingorlando@rumberger.com
hsteelesecy@rumberger.com (secondary)
Rumberger, Kirk, & Caldwell, P.A.
300 South Orange Avenue, Suite 1400
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133
Attorneys for Defendant, Jeffrey S. Weiss