FILED - USDC - FLMD - ORL
OCT 26 2026 AM8:39

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DENNIS G. DEPPE
Plaintiff, CASE NO.: 6:24-cv-2098-CEM-NWH
v.

JOHN C. VETTER, ET AL., (Individually)
Defendants.
__________________________________/

# PLAINTIFF'S MOTION TO DISQUALIFY OPPOSING COUNSEL AND SEEK THE COURT'S DEFAULT JUDGEMENT PURSUANT TO COURT ORDER [DOC. 8], COURT'S LOCAL RULE 3.01(g), RULE 1.2 OF THE AMERICAN BAR ASSOCIATION MODEL RULES OF PROFESSIONAL CONDUCT, AND EVIDENCE OF CRIMES IN THE PROCEEDING

This Motion is brought by the Plaintiff Dennis G. Deppe (Plaintiff) to Disqualify Opposing Counsel and Seek the Court's Default Judgement Pursuant to Court Order [Doc. 8], Court's Local Rule 3.01(g), Rule 1.2 of the American Bar Association Rules of Professional Conduct, and Evidence of Crimes in the Proceeding.

## BACKGROUND

The Motion addresses the evidence of crimes and fraud committed by defendants, defendants' counsels, and Carlos Mendoza, directly in the proceeding. Many counsels and judges were induced to participate as part of the scheme involving the U.S. District Court of the Middle District of Florida (FLMD), the U.S. Department of Justice (DOJ), and the DOJ's Federal Bureau of Investigation (FBI).

This Motion is brought for actions ***that are outside*** those of the Third Amended Complaint.

At issue in this Motion are false statements and fraudulent misrepresentations Defendant Jeffrey Weiss placed in the filing of [Doc. 333], that even Weiss's counsel does not dispute is intentionally false. The false statements are shown to be violations of Florida criminal law governing court proceedings, Fl. St. §914, and have further led to violations of the Court's Local Rule 3.01(g) on conferring, and the Court's Order, [Doc. 8].

The false statements are part of the larger scheme that includes a pattern of stalking, assaults, batteries, and property damage used by the FLMD judges as part of improper stays they place in court proceedings, for cases in which the FLMD judges violate the Court's Local Rule 1.05(a) to take part [Doc. 101]. The illegitimate stay in this proceeding was instigated by Carlos Mendoza after Mendoza breached his oath and committed fraud on the U.S. Constitution in [Doc. 312]. The proceeding was for 10-months while the Plaintiff was stalked, assaulted, battered, and suffered property damage in retaliation for filing the lawsuit, and relates to the false statement of [Doc. 333].

In this proceeding, the intentional false statement was placed in the Weiss response, [Doc. 333], see **Exhibit A** with statements underlined in red, and shown below with the red underlines added:

> 1. This Court entered a stay pending ruling on the outstanding Motions to Dismiss filed by the multiple Defendants in this case. See this Court's Order dated October 22, 2025 [Doc. 312]. As a result, Defendant believes that Plaintiff's Motion for Judicial Notice of Adjudicative Facts and Amended Motion for Judicial Notice of Adjudicative Facts were inappropriately filed by Plaintiff and are due to be denied by the Court without response by the Defendants. Nevertheless, in an

The first statement shown underlined above is false, and there were no outstanding motions to dismiss that had been filed by defendants. Instead, the stay was issued pending review by the Court of the Third Amended Complaint for defects [Doc. 312]. The second statement is an intentional misrepresentation of Rule 201 of the Federal Rules of Civil Procedure on which the motion for judicial notice was filed, and the misrepresentation by Weiss is not even accepted by the Court. The Court denied the motion for judicial notice for a procedural error that is unrelated to any motions to dismiss, and unrelated to timing, [Doc. 337]. In fact, Weiss has used the similar fraudulent misrepresentation about Rule 201 earlier in a different proceeding.[1]

Defendant Weiss' counsel, Frank Sheppard, also makes no denials that Defendant Weiss has exhibited a pattern of making false and misleading statements misleading behavior defined under criminal statutes, Fl. St. §914.21(2). Defendant Weiss placed his counsel in the position where Sheppard was also forced to use similar misleading behavior while conferring under the Court's Local

[1] Court filings to be presented elsewhere related to FLMD Case No. 6:23-cv-1484.

Rule 3.01(g), in attempts to cover up the false statement in [Doc. 333] by Defendant Weiss.

Frank Sheppard misrepresented Rule 201 of the Federal Rules of Evidence and used misleading conduct while conferring under the Court's Local Rule 3.01(g), as shown below in the text underlined in red from Sheppard's email dated Sep. 23, 2026. Rule 201 of the Federal Rules of Evidence allows judicial notice of adjudicative facts at any stage of the proceeding.

Gmail

**Confer on Case 6:24cv2098 Motion for Judicial Disqualification**

**Sheppard, Frank <fsheppard@rumberger.com>** — Wed, Sep 23, 2026 at 8:02 AM
To: Dennis Deppe <dennisdeppe01@gmail.com>

Dr. Deppe,

I believe the case is stayed such that evidentiary motions are procedurally inappropriate. I think your immunity arguments, to the extent I understand them, are legal arguments and not facts which would otherwise be the subject of judicial notice.

While I'm conferring with you. I do not think you have asserted sufficient legal grounds for recusal and we oppose your motion to recuse Judge Mendoza.

I'm heading to the airport now and will be out of the office till Monday. If you feel it important to discuss matters over the phone, I will not be available to do so until Monday.

Frank
Sent from my iPhone

**Francis H. Sheppard**
Attorney at Law
fsheppard@rumberger.com | View my online bio

**Rumberger|Kirk**
300 South Orange Avenue DIRECT 407.839.4541
Suite 1400 MAIN 407.872.7300
Orlando, FL 32801

The actions by Weiss and Sheppard were part of a scheme in which the FLMD judge Mendoza issued a stay as part of [Doc. 312] under the guise that Mendoza needed to review the Third Amended Complaint to make sure defects of a prior complaint had been corrected. Instead, the stay implemented by Mendoza was illegitimate and lasted 10-months, and repeated the scheme of stays being used for stalking, assaults, and batteries of the Plaintiff that was reported in filings

and carried out by FLMD judges Julie Sneed and Embry Kidd, in FLMD Case No. 6:23-cv-1484.

The case FLMD Case No. 6:23-cv-1484 also included Jeffrey Weiss, Sandra Sovinski, and Svetlana Shtrom during which the Plaintiff has been stalk, assault, batter, and cause property damage to the Plaintiff, over the evidence that Defendants Sovinski and Shtrom had committed perjury in the U.S. Patent and Trademark Office (USPTO). Local law enforcement admitted to the Plaintiff, as shown in filings of FLMD Case No. 6:23-cv-1484, that the stalking, assaults, and batteries were linked to the FBI as part of the court case, and that the DOJ and FBI were required to address the unlawful actions during the prior lawsuit.[2]

Defendant Weiss used the false statements and fraudulent misrepresentations in this case of [Doc. 333] to send instructions to Carlos Mendoza to end the 10-month stay that was used to stalk, assault, batter, and cause property damage to the Plaintiff, and repeated the pattern used by the FBI in FLMD Case No. 6:23-cv-1484, and earlier over the perjury in the USPTO by Defendant Sovinski to drive the Plaintiff from the U.S. into Europe.

This use of these improper stays in FLMD proceedings to stalk, assault, batter, and cause property damage to a litigant is a pattern linked to the criminal syndicate of psychopathic nature known to use the FBI and other law enforcement as part of organized government crime [Doc. 331], and linked further to the secret

[2] Court filings in the FLMD Case No. 6:23-cv-1484 detailing the stalking, assaults, and batteries during were first struck by the magistrate judge, Embry Kidd, and later reintroduced after being struck by the district judge, Julie Sneed.

societies attached to Harvard, Yale, law enforcement, and government entities.[3] Public records provide evidence that the Florida governor Ron DeSantis is a member of St. Elmo, which is another secret society attached to Yale that like Skull and Bones, exist with no legitimate purpose. The illegitimate purpose is psychopathic, and to weaken the U.S. and state governments for greater taking, and to carry out obsessive goals to cause war, famine, plagues, through secret society puppets, [Doc. 331].

The DOJ attorney, Randy Harwell, who is defending the FLMD judges who participated in the stalking of FLMD Case No. 6:23-cv-1484, has been provided information and evidence during this proceeding of those involved, and how the FBI is being used in stalking, cyber-stalking, continuous harassment, and the use of high-pulsed power radio-frequency (RF) transmitters and food and water poisoning networks the FBI has established through store surveillance systems, to carry out the retaliation.[4]

Figure 1 below shows the timeline of the 10-month stay Mendoza used in the proceeding of FLMD Case No. 6:24-cv-2098 to carry out the stalking.

---

[3] Detailed information of the stalking using the RF-transmitters were provided to the Plaintiff by local law enforcement and included in filings in FLMD Case No. 6:23-cv-1484 as coming from the DOJ's FBI, and that the FBI had the testing equipment needed to perform electronic sweeps of the RF to identify and eliminate the irradiation.

[4] This use of the FBI to carry out organized crime against U.S. citizens was also determined by the Church Committee and the House Select Committee on Assassinations. See for example, https://en.wikipedia.org/wiki/Church_Committee; https://www.senate.gov/about/powers-procedures/investigations/church-committee.htm; https://en.wikipedia.org/wiki/United_States_House_Select_Committee_on_Assassinations; https://www.archives.gov/research/jfk/select-committee-report/toc.

**10-Month Stay of FLMD Case No. 6:24cv2098 Used for FBI Stalking, Cyber-Stalking, Harassment, Assaults, Batteries, and Property Damage**




**Figure 1.** Timeline that shows how the Plaintiff was stalked, cyber-stalked, harassed, assaulted, battered, and suffered property damage in retaliation for filing lawsuit of FLMD Case No. 6:24-cv-2098.

The involvement by Carlos Mendoza is unmistakable, and Mendoza follows Defendant Weiss's filing of [Doc. 333] that uses the false statements and misrepresentations Mendoza's order to lift the stay.

These are the very old tactics first used by Freemason law enforcement by the early 1800's almost immediately after the U.S. was formed.[5] The stalking, assaults, batteries, and property damage are simply updated by the criminal syndicate of psychopathic nature[6] that uses the DOJ, its FBI, and the judiciary through puppets to commit organized government crime.

---

[5] See timelines in [Doc. 331].

[6] See the Hare Checklist, developed in 1991. See for example, https://psychology-tools.com/test/pcl-22; https://psycnet.apa.org/record/1997-03012-001.




**Figure 2.** Timeline that shows when the criminal syndicate from Europe attacked the U.S. to take over law enforcement using Freemasons. The organized crime by law enforcement led to the creation of the Anti-masonic party, and 6th U.S. president John Quincy Adams spoke out against the secret societies.[7]

Weiss and Sheppard filed the response, [Doc. 333], after it became clear that the motions for judicial notice, [Docs. 331, 332] correctly described the criminal syndicate at work corruption the court system and the DOJ, and its unrelenting psychopathic attempt to overthrow the U.S. Constitution, **Exhibits B, C, D.** The U.S. Supreme Court justice Stephen Field took his actions in **Exhibit B** purely to facilitate the criminal syndicate to make use of the federal and state court systems to further their criminal actions in violation of the U.S. Constitution and 18 U.S.C. §2383 (**Exhibit C**), and cause unlawful wars for taking of U.S. resources.

Weiss' actions that provide clear and convincing evidence of the violations of Florida criminal statutes Fl. St. §914 and Fl. St. §817 are to suppress the evidence that the U.S. Constitution had been used in fraud, and suppress the dispositive evidence of perjury that Defendants Sandra Sovinski and Svetlana Shtrom

[7] See for example, https://dukereportbooks.com/books/letters-on-freemasonry/.

committed in the U.S. Patent and Trademark Office (USPTO) as part of the crimes by the secret societies that permeate the U.S. academic system and government entities.

Jeffrey Weiss and his counsel, Frank Sheppard, are now linked to the organized government crime used against the Plaintiff during this FLMD proceeding and the FLMD Case No. 6:23-cv-1484, that include Jeffrey Weiss, Sandra Sovinski, and Svetlana Shtrom. In each case the evidence of the crimes and other unlawful acts are directly in the proceeding,[8] and in the records of conferring supposedly under the Court's Local Rule 3.01(g).

This Motion shows that the U.S. Constitution and the Court's Order [Doc. 8] of this proceeding, contain the legal framework and means to address the actions by Defendant Weiss, his counsel, and Carlos Mendoza. The U.S. Congress is responsible for removal of federal judges, the U.S. Constitution makes federal judges liable to the U.S. citizens for those who they may damage through unlawful use of their judiciary positions, and this Court includes the order through which redress may be sought for violations of the Court's Local Rules through its own order on the docket in [Doc. 8] shown below:

| | | |
|---|---|---|
| 11/25/2024 | 8 | **NOTICE TO COUNSEL AND PARTIES: The Middle District of Florida's revised Local Rules become effective April 1, 2024, and can be found on the Court's public website https://www.flmd.uscourts.gov/local-rules. Additionally, the undersigned has issued a Standing Order, available at https://www.flmd.uscourts.gov/judges/wendy-berger, that apply to all proceedings before the undersigned. For a just and efficient resolution of this case, the parties are DIRECTED to read and comply with the Middle District of Florida's Local Rules and this Court's Standing Orders. See Local Rule 1.01(a). Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Wendy W. Berger on 11/25/2024. (RMF) (Entered: 11/25/2024)** |

[8] See court filings in this proceeding by Robert Sniffen, the counsel of Sovinski and Shtrom.

In the violations of the Court's Local Rule 3.01(g), the language of the order in [Doc. 8] makes clear that a motion must be brought that explains these violations related to conferring, that are otherwise not accessible to the Court to address the dispositive evidence of crimes and violations of the Court's Local Rules. The actions by the Defendant Weiss related to [Doc. 333] and improper stays, and the participation of his counsel who was apparently induced to participate in crimes and unlawful acts because of involvement by DOJ attorneys and FLMD judges in the crimes, are of malicious intent and circumvent the proper use of law.

The information and records are brought forth to inform the Court pursuant to the Court Order, [Doc. 8], for consideration of default judgement against these defendants, for dispositive evidence of crimes that now exists on the Court's docket, and dispositive evidence these crimes further involve the violations of the Court's Local Rule 3.01(g) that governs conferring on court filings.

## MEMORANDUM OF LAW

**Exhibits A**, **B**, **C**, and **D** are attached to this Motion and show the evidence of crimes and fraud on the U.S. Constitution used in commission of the crimes in the proceeding. The U.S. Constitution contractually binds judges by oath to the terms of their employment defined within the U.S. Constitution, and makes judges, attorneys, and government officials subject to suit for use of their judicial positions to commit unlawful acts.

The Model Rules of Professional Conduct, Rule 1.2: Scope of Representation and Allocation of Authority Between Client and Lawyers, states in 1.2(d) that:

> "A lawyer shall not counsel a client to engage, or assist a client, in conduct that the lawyer knows is criminal or fraudulent, but a lawyer may discuss the legal consequences of any proposed course of conduct with a client and may counsel or assist a client to make a good faith effort to determine the validity, scope, meaning, or application of the law."

The Court has implemented additional rules that govern a proceeding in the FLMD that include the Court's Local Rules. Multiple FLMD judges have repeatedly engaged in fraud upon the court through violations of the Court's Local Rule 1.05(a) to be improperly assigned to cases as part of organized government crime involving the DOJ and FBI stalking.

The judges now on the Court, Carlos Mendoza and Nathan Hill, have admitted the fraud by the other judges after statistical evidence left no doubt of the breaches [Docs. 101, 291, 312], and breached their own oaths to the U.S. Constitution by asserting immunity to engage in unlawful acts not allowed by the U.S. Constitution.

The Court's Local Rule 1.05(a) is shown below:

> **Rule 1.05 Docketing and Assignment**
>
> (a) CLERK'S DOCKETING AND ASSIGNMENT. On receipt of an initial paper, the clerk must classify the paper as civil, criminal, or miscellaneous; assign the paper a distinct number; and randomly assign the paper to a district judge, a magistrate judge, or both. The clerk cannot change the initial assignment without an order from the judge or the chief judge. The clerk must report promptly to the chief judge an apparent attempt to evade the random assignment of an initial paper.

The Court's Local Rule 3.01(g) requires opposing parties or their counsels to confer in good faith regarding court filings in the proceeding. The Court's Local Rule 3.01(g) is shown below:

(g) DUTY TO CONFER IN GOOD FAITH.

(1) *Duty.* Before filing a motion in a civil action, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, or to certify a class, the movant must confer with the opposing party in a good faith effort to resolve the motion.

Fl. St. §914 defines unlawful actions that are criminal if taken during court proceedings by any person.

42 U.S.C. §1985 defines federal code against obstruction of justice through retaliation related to federal court proceedings as has occurred in this proceeding.

The Court's Order [Doc. 8] that governs this proceeding is shown below, and provides the Court's own means through which a party may move for default judgement against a defendant for violations of the Court's Local Rules.

| | | |
|---|---|---|
| 11/25/2024 | 8 | **NOTICE TO COUNSEL AND PARTIES: The Middle District of Florida's revised Local Rules become effective April 1, 2024, and can be found on the Court's public website https://www.flmd.uscourts.gov/local-rules. Additionally, the undersigned has issued a Standing Order, available at https://www.flmd.uscourts.gov/judges/wendy-berger, that apply to all proceedings before the undersigned. For a just and efficient resolution of this case, the parties are DIRECTED to read and comply with the Middle District of Florida's Local Rules and this Court's Standing Orders. See Local Rule 1.01(a). Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Wendy W. Berger on 11/25/2024. (RMF)** (Entered: 11/25/2024) |

Fl. St. §812 contains the specific definitions of theft of property and crimes related to theft of property. Fl. St. §812.012(4) – Definitions, defines "property" as: (b) Tangible or intangible personal property, including rights, privileges, interests, and claims. (c) Services.

Fl. St. §817.034, Florida Communications Fraud Act, contains the specific elements for the "scheme to defraud" that is being used to withhold services of the judiciary and state and federal court systems, now being systematically carried out through a partially puppet judiciary, which the FLMD utilizes the violations of the

Court's Local Rules 1.05(a) for judicial selection, and the Court's Local Rule 3.01(g) on conferring.

Fl. St. §772 defines civil penalties for theft of property pursuant to Fl. St. §812.012-812.037, and for engaging in a pattern of criminal activity in violations of Fl. St. §914.22 or 914.23, or Fl. St. §812, or Fl. St. §817, or additional Florida criminal statutes defined in Fl. St. §772.102.

## ARGUMENT

## Conferring with Opposing Counsel on the Motion

In conferring, none of the opposing counsel disputed the evidence from **Exhibit A** that Jeffrey Weiss and Carlos Mendoza had engaged in white-collar crimes in the proceeding related to the court filings of [Docs. 312, 333]. Drafts of the Motion showing the evidence of crimes in attachments were sent out to all opposing counsels and self-represented defendants, and are not subject to reasonable dispute. Even Jeffrey Weiss' counsel, Frank Sheppard, did not dispute that the underlined statement of [Doc. 333] from **Exhibit A** is an intentionally false statement, that was used to signal Mendoza to end the 10-month stay for which Mendoza had instigated with no legitimate reason.

The email records and [Doc. 333] show that Sheppard was induced into his own actions to participate with Weiss and Mendoza to use the proceeding as part of the DOJ corruption involving the FLMD and the systematic violations of the Court's Local Rule 1.05(a) by judges [Doc. 101]. This shows how easily attorneys can be induced into crimes by the public corruption of the DOJ and court systems.

Opposing counsels made no dispute that Mendoza had breached his oath to the U.S. Constitution in [Doc. 312], continuing the fraud perpetrated by the criminal syndicate that exerts pressure on the DOJ attorneys and FLMD judges to engage in crimes, that is evidenced beyond reasonable doubt in **Exhibits B**, **C**, and **D**. Even other Freemason U.S. Supreme Court justices opposed Stephen Field's actions trying to overthrow the U.S. Constitution in **Exhibit B**.

Furthermore, Carlos Mendoza admissions in [Doc. 312] are pathological and psychopathic consistent with his puppetry in service of the criminal syndicate. Mendoza admits in [Doc. 312] that he intends to use his judicial position to engage in court fraud and malicious acts against litigants, not because these are legitimate acts for a judge, but because he falsely believed he had been given immunity to carry out unlawful acts. Mendoza's reasoning in [Doc. 312] make little sense in a meritocracy and breaches his oath to the U.S. Constitution. Mendoza simply conveys in [Doc. 312] that he intends to continue his criminal actions and violations of the Court's Local Rule 1.05(a), not because he should but because he believes he can.

The Court's Order [Doc. 8] was reviewed in conferring to determine if the order provided the mechanism in this case to seek default judgement against Defendant Weiss. Drafts of the Motion were sent to all opposing counsel, to verify that's the Court's Order [Doc. 8] was a proper mechanism to seek default judgement against Defendant Weiss, that involve the Court's Local Rule 3.01(g) and Local Rule 1.05(a) have been violated in the proceeding.

There was no dispute from opposing counsels that the Court's Order [Doc. 8] is a proper means to seek default judgement against Defendant Weiss for the evidence he engaged in violations of Fl. St. §914.22 with his counsel in [Doc. 333], and that his counsel engaged in fraudulent misrepresentation of Rule 201 of the Federal Rules of Evidence, with violations of the Court's Local Rule 3.01(g).

**Violations of Fl. St. §914.22(1)(a), (b), Fl. St. §817.034, 42 U.S.C. §1985 by Jeffrey Weiss and Carlos Mendoza**

The court filings of [Doc. 312], [Doc. 333], and [Doc. 335], contain dispositive evidence of the false statements and fraudulent misrepresentation. The email from Frank Sheppard shows the dispositive evidence of fraudulent misrepresentation of Rule 201 of the Federal Rules of Evidence during conferring that violates the Court's Local Rule 3.01(g). The timeline of Fig. 1 above shows how Carlos Mendoza used the illegitimate stay of 10-months in the proceeding to facilitate the Plaintiff being stalked, assaulted, battered, and targeted with property damage, reported to the DOJ attorney Randy Harwell.

The defendant Weiss filed the response of [Doc. 333] after it became clear that the Plaintiff's [Doc. 332], though the Court determined to be procedurally incorrect, was factually correct. [Doc. 332] showed that the Mendoza had breached his contractual oath and committed fraud on the U.S. Constitution in [Doc. 312], as shown in **Exhibits B**, **C**, and **D**.

The Weiss response, [Doc. 333], induced Mendoza to withhold the U.S. Constitution and evidence that he is contractually bound to it from the proceeding,

when Mendoza issued his order, [Doc. 335]. The U.S. Constitution as Mendoza's contract is also adjudicative, and beyond reasonable dispute that Carlos Mendoza and the other FLMD judges, 11th Circuit judges, and U.S. Supreme Court justices, are required to follow law and be held accountable to suit for those they damage for use of their judicial positions to commit unlawful acts.

Fl. St. §914.22(1)(a), (b) are shown below, and shows that Defendant Weiss violated the Florida criminal statutes in [Doc. 333], as a pattern of criminal activity in FLMD proceedings that extends to FLMD Case No. 6:23-cv-1484.

**914.22 Tampering with or harassing a witness, victim, or informant; penalties.—**

(1) A person who knowingly uses intimidation or physical force, or threatens another person, or attempts to do so, or engages in misleading conduct toward another person, or offers pecuniary benefit or gain to another person, with intent to cause or induce any person to:

(a) Withhold testimony, or withhold a record, document, or other object, from an official investigation or official proceeding;

(b) Alter, destroy, mutilate, or conceal an object with intent to impair the integrity or availability of the object for use in an official investigation or official proceeding;

The actions by Weiss and Mendoza make clear they have also violated Fl. St. §817.034, Florida Communications Fraud Act, and used systematic fraud that Mendoza admits in [Doc. 312], that violate the Court's Local Rule 1.05(a), and constitute the elements for the "scheme to defraud" of Fl. St. §817.034, that is being used to withhold services of the judiciary and state and federal court systems, and extends to improper use of the Court's Local Rule 3.01(g) on conferring.

**<u>Use of the 10-Month Stay in Proceeding to Stalk, Assault, Batter, and Cause Property Damage to the Plaintiff</u>**

The federal code 42 U.S.C. §1985 has already been discussed extensively in this case by both opposing counsels and the Plaintiff in court filings in this

proceeding. This was the basis of the 10-month stay in which the Plaintiff was again stalked, assaulted, battered, and targeted with property damage. The actions by Mendoza were a repeat of how the FLMD judges Julie Sneed and Embry Kidd, and the DOJ and military, knowingly used the stay in FLMD Case No. 6:23-cv-1484.[9]

Even Mendoza's own reasoning in [Doc. 312] fails to provide a legitimate reason as to why a judge would choose to use his judicial position to engage in fraud and violate the Court's Local Rule 1.05(a). Mendoza's reasoning in [Doc. 312] is little more than a circuitous argument that is pathological in criminal intent and psychopathic in behavior, and even Mendoza's own arguments show that the violations of the Court's Local Rule 1.05(a) serve no legitimate purpose for the FLMD or the federal court system.

That human society is comprised of two different brain structures, the non-psychopathic and the psychopathic, is in fact accepted science that is not subject to reasonable dispute. The puppet system explained in prior filings used by the criminal syndicate of psychopathic nature that is shown below, depends on placing attorneys in government positions who possess psychopathic brain structures, or who are most easily induced into crimes.

Figure 3 below shows how the puppet system based on the psychopathic brain structure can be used to feed those attorneys who possess the psychopathic

---

[9] Court filings made into FLMD Case No. 6:23-cv-1484 detail stalking, assaults, and batteries during the stay of that proceeding, that include local law enforcement and the FBI. Local law enforcement admitted to the Plaintiff that the FBI possessed the RF technologies and electronic equipment to perform broadband RF sweeps of areas, such as households or buildings, needed to insure the area is free of any unusual RF fields.

brain structures into the DOJ and federal and state court systems, and into the U.S. Congress. The understanding that a small collection of individuals with psychopathic brain structures can make use of inducements, comes from the modern scientific understanding of the psychopathic brain structure now known from scientific studies in psychology and brain imaging. The use of inducements have existed for thousands of years, and tied to warfare, [Docs. 330-331].




**Figure 3.** Schematic diagram that shows how attorneys who possess psychopathic brain structures can be selected from the ~1.4 M of active U.S. attorneys, along with a second group of attorneys who possess non-psychopathic brain structures but easily induced to commit crimes.

The type of human puppetry shown in Fig. 3 in fact is not possible under the meritocracy created by the U.S. Constitution that holds government officials legally accountable for their intentional unlawful acts, in which they use their judicial positions to injure or damage litigants. The acceptance of the scientific understanding of the second human brain structure that is psychopathic in nature, now explains from a different vantage point why the U.S. Supreme Court justice

Stephen Field announced in **Exhibit B** that he would breach his oath to the U.S. Constitution. The design of the U.S. Constitution as a meritocracy prevents the ability of the criminal syndicate of psychopathic nature, now comprised in the U.S. of a small collection of wealthy bankers and financiers, from effectively operating. The corrected structure below in Fig. 4 shows the corrected meritocracy defined under the U.S. Constitution.




**Figure 4.** Organization structure in which the U.S. government is corrected to operate as a meritocracy by selecting judges from the 200,000 best attorneys verified to possess non-psychopathic brain structures through physical exam. The secret societies attached to Harvard, Yale, and University of Chicago can be addressed before hiring from these institutions into more government positions because of their control by the criminal syndicate that is of psychopathic nature.

## Requested Relief Due to Pattern of Crimes in Proceeding and Violations of Court's Local Rules Pursuant to Court's Order [Doc. 8], and Request of Hearing

The Court's Order [Doc. 8] already anticipates that in the cases of extreme violations of the Court's Local Rules, a defendant can be defaulted. Furthermore, the order also anticipates the need for a motion that seeks such default, in the cases such as with the current violations of the Court's Local Rule 3.01(g) that can only be brought to the Court's attention through motion, and yet are quite serious in nature and relate to crimes.

| | | |
|---|---|---|
| 11/25/2024 | 8 | **NOTICE TO COUNSEL AND PARTIES: The Middle District of Florida's revised Local Rules become effective April 1, 2024, and can be found on the Court's public website https://www.flmd.uscourts.gov/local-rules. Additionally, the undersigned has issued a Standing Order, available at https://www.flmd.uscourts.gov/judges/wendy-berger, that apply to all proceedings before the undersigned. For a just and efficient resolution of this case, the parties are DIRECTED to read and comply with the Middle District of Florida's Local Rules and this Court's Standing Orders. See Local Rule 1.01(a). Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Wendy W. Berger on 11/25/2024. (RMF)** (Entered: 11/25/2024) |

**Exhibit A** and emails show the violations were intentional and tied to crimes taken as part of the proceedings. The evidence of the crimes directly in the court filings and conferring linked to the Court's Local Rule 3.01(g) is dispositive of intentional false statements and fraudulent misrepresentation in the filing by Defendant Weiss of [Doc. 333], and that was used to induce the FLMD judge Carlos Mendoza to end the 10-month stay while refusing to make input on whether defects remained in the Third Amended Complaint [Docs. 335-337].

Mendoza chose to withhold and conceal in his denial to disqualify, [Doc. 336], that by that time Mendoza and opposing counsels knew Mendoza had breached his oath to the U.S. Constitution by improperly asserting judicial immunity to commit fraud in [Doc. 312]. **Exhibits B** and **C** show Mendoza's actions were part of long-standing fraud on the U.S. Constitution that came from

secret societies controlled by the criminal syndicate that also exerts control over the DOJ and FBI.

Furthermore, by participating with Weiss and engaging in his own fraudulent misrepresentation while conferring under the Court's Local Rule 3.01(g), Frank Sheppard violated the Model Rules of Professional Conduct, Rule 1.2: Scope of Representation and Allocation of Authority Between Client and Lawyers, states in 1.2(d) that:

> "A lawyer shall not counsel a client to engage, or assist a client, in conduct that the lawyer knows is criminal or fraudulent, but a lawyer may discuss the legal consequences of any proposed course of conduct with a client and may counsel or assist a client to make a good faith effort to determine the validity, scope, meaning, or application of the law."

Based on [Doc. 333], the violation of the Court's Local Rule 3.01(g), and Rule 1.2, Frank Sheppard and his law firm are subject to disqualification from the case.

The Plaintiff has substantial damages due to the sabotage of the Plaintiff's company that destroyed its value, and additional damages caused by the intense stalking, assaults, batteries, and additional property damage that have accompanied the illegitimate 10-month stay in this proceeding. Following any response filed by Defendant Weiss and his counsel to the Motion, the Plaintiff requests a hearing to discuss these damages and further details pursuant to the Court's Order [Doc. 8] that provides for the default judgement for these serious crimes and violations of the Court's Local Rules as part of this proceeding.

## CONCLUSION

This Motion seeks a default judgement against Defendant Weiss, pursuant to the Court's Order [Doc. 8] for the dispositive evidence of crimes committed in violation of Fl. St. §914.22(2)(a), (b) with his counsel, Frank Sheppard, and clear and convincing evidence of a scheme to defraud using the Court's proceeding in violation of Fl. St. §817.034, and violation of the Court's Local Rule 3.01(g) as part of those crimes. This Motion further seeks a hearing to discuss damages associated with the evidence of criminal violations and violation of the Court's Local Rules.

## RULE 3.01(g) CERTIFICATION OF COMPLIANCE

The Plaintiff certifies that, prior to filing this Motion, he conferred with defendants' counsels or pro se defendants, several of whom opposed the Motion. The Plaintiff provided drafts of the Motion to all counsel and self-represented defendants, and conferred with defendants or their counsels in good faith. After reviewing the drafts of the Motion, no counsels objected to the Motion as improper pursuant to the Court's Order [Doc. 8] and evidence of violations of the Court's Local Rules.

Respectfully submitted this day of 26th day of October, 2026.

/s/ Dennis G. Deppe
DENNIS G. DEPPE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2026, I filed the above document through the U.S. District Court of the Middle District – Orlando, which will provide electronic service to self-represented defendants and defendants' counsels, and the Plaintiff will provide separate electronic service to defendants Robin Foret, at rforet@texaslaborlaw@icloud.com, and Linda Coco, at aas27725696@gmail.com.

/s/ Dennis G. Deppe
DENNIS G. DEPPE, PRO SE
5749 Aloma Woods Blvd.
Oviedo, FL 32765
Telephone: (407) 929-1062
E-Mail: dennisdeppe01@gmail.com