# Exhibit A

# Analysis of the contractual oath to the U.S. Constitution from [Doc. 331]

The Supreme Court in *Randall v. Brigham,* U.S. 523 (1868) and *Bradley v. Fisher*, U.S. 335 (1871) made a second unanimous decision, which was that contractual terms set by the oath to the Constitution requires the judge to serve lawfully or be subject to suit, as other citizens. It is simply a means to guarantee that government officials comply with the Constitution, and the contractual terms of the Constitution require government officials of the executive branch to not use their positions to commit unlawful acts. The Constitution provides no immunity to officials in the judiciary or executive branches for intentional violations of law.

The Constitution is attached in **Exhibit A**. The authors and forefathers clearly understood that if judges or a president were given immunity to violate law, judges and a president would violate law. They had already served under a king and knew such a system of aristocracy caused the lawless acts that the forefathers had fought against. The Constitution was therefore intentionally written as both the governing laws of the U.S. and as a contract to adhere to the Constitution from all who took the oath to uphold it.

Therefore, the Constitution as a contract already sets entitlements for those who have immunity and those who do not directly in the contractual terms of the Constitution. There is no need to look outside the Constitution, and in fact the Constitution is written to make any changes to the Constitution intentionally difficult. Every attorney and judge on this case has the legal training in contract law to analyze and determine as shown below, that the Constitution is designed to

hold government officials accountable the same as other citizens, if those government officials use their government positions to commit unlawful acts.

The first question in analyzing the Constitution as a contract is whether federal officers are contractually required to be bound by oath to the Constitution, and is answered in the affirmative in Article VI shown below (**Exhibit A**):

> The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

Therefore, the oath required of federal officers in each of the three branches of government contractually binds all federal and state officers to adhere to the Constitution.

The next question is whether the authors and signers of the Constitution understood how to grant immunity, and if so to whom did the Constitution grant immunity and for what, and to whom did the Constitution not grant immunity. There were fifty-five (55) framers of the U.S. Constitution. Thirty-two (32) of these framers were lawyers.[21] Therefore, the founding fathers and drafters of the Constitution understood law and how to entitle and to not entitle immunity.

The Constitution shows those who are entitled to immunity for their acts, whether official or not, and those acts that entitle immunity, are given in Article I, Section 6. The Constitution entitles only Senators and Representatives of the House immunity and defines the acts that entitle immunity (**Exhibit A**):

---

[21] See for example, https://usconstitution.net/constframedata-html/

> **Section. 6.** The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

A final question is whether the Constitution somehow links impeachment and removal to immunity. The answer is no, the impeachment and removal procedures are given in Article 1, Sections 2 and 3, and define the same procedure for impeachment and removal of federal officers. Article 1, Section 2 defines impeachment as the task for the House and states (**Exhibit A**):

> The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

Article II, Section 1, explicitly states that Judges are required to hold their Offices only during good Behavior. Therefore, impeachment does not require unlawful acts for conviction. Article 1, Section 3 defines trial and conviction as the task for the Senate and shown below (**Exhibit A**).

> The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

The impeachment procedures are defined by the Constitution as identical for all federal officers of the three branches of government, and impeachment and removal have no connection to the immunities defined in the U.S. Constitution to which only selected officers are entitled.

The Constitution analyzed as a contract set by oath shows that immunities are already specifically entitled for federal and state officials who take the oath to

uphold that contract. The Constitution truly requires federal and state government officials to be held liable to the same laws as other U.S. citizens, except for those in the Senate and House for specified acts, and prohibits the supreme court justices from changing what is set in the Constitution.

The criminal syndicate had to wait until 1868 after the founding fathers and original drafters had died, before the Freemason supreme court justice Field committed the fraud upon the Supreme Court. Field conceded exactly what is above that attorneys and judges were contractually bound by oath to adhere to the Constitution. However, in what seems like a bizarre argument today, Field asserted that mere laws such as required by the Constitution could **not** dare bind a judge such as Field himself.

Field asserted instead that a judge such as himself cannot be bound by oath to the Constitution because these were just laws, and that he could only be bound by the word of a king. Field asserted in Ran*dall v. Brigham,* U.S. 523 (1868) that courts of U.S. could only operate like England where judges are held liable not by law, but by a king. Field used the "king" argument to refuse the contractual terms he admitted in his opinions he had previously agreed to in taking the oath to the Constitution. Field's argument from Ran*dall v. Brigham,* U.S. 523 (1868) is below:

> In England, the superior judges are the delegates of the King. Through them he administers justice, and to him alone are they accountable for the performance of their trust. And it was said as long ago as 1608, as reported by Lord Coke in *Floyd and Barker's Case,* [Footnote 5] that insomuch as the judges of the realm have the administration of justice, under the King, to all his subjects, they ought not to be called in question for any judicial proceedings by them, except before the King himself, "for this would tend to the scandal and subversion of all justice; and those who are most sincere would not be free from continual calumniations."

Field repeated his "king" arguments in *Bradley v. Fisher*, 80 U.S. 335 (1871), and adds the additional conditions that even the purity of his motives or evidence he breached his own contract to the Constitution could not be questioned, except by the king of England:

> Nor can this exemption of the judges from civil liability be affected by the motives with which their judicial acts are performed. The purity of their motives cannot in this way be the subject of judicial inquiry. This was adjudged in the case of *Floyd and Barker,* reported by Coke, in 1608,[‡] where it was laid down that the judges of the realm could not be drawn in question for any supposed corruption im*348peaching the verity of their records, except before the king himself, and it was observed that if they were required to answer otherwise, it would " tend to the scandal and subversion of all justice, and those who are the most sincere, would not be free from continual calumniations."

The attorneys and judges of this case can see that Field used the "king" argument as the type of extortion linked to the secret society of Freemasons. An attorney who questioned Field's "king" argument would be subjected to sanctions decided by the supreme court justices. Field used the Freemason extortion to "strong-arm" his king argument by including the threat of legal action against attorneys who dare question Field's fraud.

Every attorney and judge related to this case are versed in contract law and can now analyze for themselves the Constitution as a contract to those who take the oath as a government official. The first two pages of *Trump v. United States*, 603, U.S. 593 (2024) are given in **Exhibit C** and show to these attorneys and judges that the supreme court justices engaged in the pathological lying of the psychopathic brain structure in *Trump v. United States*.

The justices falsely assert they analyzed the Constitution as their contract, which they did not. They instead violate their oaths to the Constitution and