# Exhibit C

## State court docket of Deppe I, Exhibit 14 of [Doc. 338]

## Orange County Clerk - Court Records Search

### 2019-CA-015042-O : DEPPE, DENNISvs.UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES

| | | | |
|---|---|---|---|
| Case Type: | CA - Discrimination - Employment or Other | Date Filed: | 12/12/2019 |
| Location: | Div 34 | UCN: | 482019CA015042A001OX |
| Judge: | Paetra Brownlee | Status: | Closed |
| Citation Number: | CA - Discrimination - Employment or Other | Appear By Date: | |

**Parties**

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| DENNIS DEPPE | Plaintiff | ROBERT SWEETAPPLE | 561-392-1230 |
| UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES UNIVERSITY OF CENTRAL FLORIDA DBA | Defendant | JEFFREY WEISS | 407-425-9566 |

**Charge Details**

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

**Docket Events**

| Date | Description | Pages |
|---|---|---|
| 5/21/2021 | Order of Dismissal | 2 |
| 5/21/2021 | Order of Dismissal | 2 |
| 5/21/2021 | Letter | 1 |
| 5/14/2021 | Joint Stipulation of Dismissal | 2 |
| 5/14/2021 | Joint Stipulation for Dismissal | 2 |
| 1/26/2021 | Notice Appearance of Counsel<br>Comments: Joseph F. Southron of the Four Rivers Law Firm | 2 |
| 12/21/2020 | Affidavit in Support<br>Comments: of Opposition to Defendant's Request for Production from Non-Party | 24 |
| 12/21/2020 | Opposition<br>Comments: to Defendant's Request for Production from Non-Party (sent to Judge) | 5 |
| 12/16/2020 | Notice of Production of Non-Party | 5 |
| 12/10/2020 | Request to Produce | 2 |
| 12/9/2020 | Response to Request to Produce | 15 |
| 12/7/2020 | Letter<br>Comments: sent to judge 12/7/2020 | 2 |
| 11/11/2020 | Notice of Change of Address | 1 |
| 10/25/2020 | Response to Request to Produce | 2 |
| 10/19/2020 | Notice of Service of Answers to Interrogatories | 2 |

| Date | Description | Pages |
|---|---|---|
| 10/1/2020 | Request to Produce | 11 |
| 9/22/2020 | Opposition | 5 |
| 9/18/2020 | Order on Motion to Withdraw as Counsel | 2 |
| 9/16/2020 | Motion to Withdraw<br><br>Comments: SWEETAPPLE, BROEKER & VARKAS, P.L. | 7 |
| 9/16/2020 | Letter | 1 |
| 9/15/2020 | Correspondence<br><br>Comments: from Plaintiff Re: Notice of Additional Information Related to Whistleblower Complaint and Fl Statutes 112.3187 | 3 |
| 9/15/2020 | Affidavit in Support<br><br>Comments: OF SWEETAPPLE, BROEKER & VARKAS P.L. S MOTION TO WITHDRAW | 5 |
| 9/10/2020 | Court Minutes | 1 |
| 9/10/2020 | HEARING - Ex Parte - Brownlee, Paetra (Actual: Brownlee, Paetra) | |
| 9/4/2020 | Notice of Hearing<br><br>Comments: on September 10, 2020 at 8:30 a.m | 2 |
| 9/4/2020 | Letter<br><br>Comments: Re: Motion to Withdraw | 1 |
| 9/4/2020 | Correspondence<br><br>Comments: from Plaintiff Re: Notice of Suspected Malfeasance and/or Misfeasance Related to Civil Proceedings | 3 |
| 9/4/2020 | Correspondence<br><br>Comments: from Plaintiff Re: Notice of Additional Information Related to Whislteblower Complaint and FL Stat Section 112.3187 | 3 |
| 8/28/2020 | Affidavit in Support<br><br>Comments: of Plaintiff's Motion for Substitution of Counsel (amended) | 9 |
| 8/28/2020 | Petition or Motion for Substitution of Counsel<br><br>Comments: and consent (amended) (sent to Judge with proposed order) | 6 |
| 8/25/2020 | Affidavit in Support<br><br>Comments: PLAINTIFF S MOTION FOR SUBSTITUTION OF COUNSEL | 9 |
| 8/25/2020 | Motion to Withdraw | 7 |
| 8/24/2020 | Petition or Motion for Substitution of Counsel | 5 |
| 8/24/2020 | Response to Request for Admissions | 24 |
| 8/21/2020 | Response to Request to Produce | 11 |
| 8/19/2020 | Motion to Compel Discovery<br><br>Comments: DEFENDANTS MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION | 4 |
| 5/26/2020 | Request for Admissions | 7 |
| 5/25/2020 | Notice of Service of Answers to Interrogatories | 23 |
| 4/30/2020 | Notice of Service<br><br>Comments: OF DEFENDANT S RESPONSES AND OBJECTIONS TO PLAINTIFF S REQUEST FOR ADMISSIONS | 2 |
| 4/10/2020 | Notice of Service of Interrogatories | 2 |
| 4/10/2020 | Request to Produce | 9 |

| Date | Description | Pages |
|---|---|---|
| 3/26/2020 | Request for Admissions | 9 |
| 2/12/2020 | Answer & Affirmative Defenses | 6 |
| 1/6/2020 | Notice Appearance of Counsel<br>Comments: AND DESIGNATION OF EMAIL ADDRESSES FOR SERVICE OF COURT DOCUMENTS | 2 |
| 12/16/2019 | Summons Issued Electronically as to | 3 |
| 12/13/2019 | Complaint | 14 |
| 12/12/2019 | Civil Cover Sheet | 2 |
| 12/12/2019 | Case Initiated | |

## Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|
| 9/10/2020 | Ex Parte - Brownlee, Paetra (Actual: Brownlee, Paetra) | 8:30 AM | Hearing Room 1100.02 | |

## Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 12/12/2019 | Transaction Assessment | | 410.00 |
| 12/12/2019 | Payment | Sweetapple, Broeker Varkas, PL Attorney Trust Ac | -410.00 |
| | | Balance Due: | 0.00 |

## Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|