# Exhibit D

## Sovinski filing into USPTO on April 7, 2020, during Deppe I, Exhibit 16 of [Doc. 338]

506003239 04/07/2020

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6049949

| | |
|---|---|
| **SUBMISSION TYPE:** | CORRECTIVE ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | Corrective Assignment to correct the DECLARATION, PARAGRAPH 4 previously recorded on Reel 049654 Frame 0186. Assignor(s) hereby confirms the CORRECTION OF ERRONEOUS RECORDATION BY DECLARATION. |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES | 08/13/2014 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES |
| **Street Address:** | 4000 CENTRAL FLORIDA BLVD |
| **City:** | ORLANDO |
| **State/Country:** | FLORIDA |
| **Postal Code:** | 32816 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| **Patent Number:** | 10263393 |

**CORRESPONDENCE DATA**

**Fax Number:** (407)823-6155

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 4078822118
**Email:** sandra.sovinski@ucf.edu
**Correspondent Name:** SANDRA M SOVINSKI
**Address Line 1:** 12201 RESEARCH PARKWAY
**Address Line 2:** SUITE 501
**Address Line 4:** ORLANDO, FLORIDA 38286-3246

| | |
|---|---|
| **NAME OF SUBMITTER:** | SANDRA M SOVINSKI |
| **SIGNATURE:** | /SMSovinski/ |
| **DATE SIGNED:** | 04/07/2020 |

**Total Attachments: 4**
source=Corrective Assignment Docs 10263393#page1.tif
source=Corrective Assignment Docs 10263393#page2.tif
source=Corrective Assignment Docs 10263393#page3.tif
source=Corrective Assignment Docs 10263393#page4.tif

Form PTO-1595 (Rev. 6-18)
OMB No. 0651-0027 (exp. 06/30/2021)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

# RECORDATION FORM COVER SHEET
# PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)**

University of Central Florida Board of Trustees

☐ Yes ☒ No

**2. Name and address of receiving party(ies)**

Name: University of Central Florida Board of Trustees

Internal Address:

Street Address: 4000 Central FL Blvd

City: Orlando

State: FL

Country: USA Zip: 32816

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**3. Nature of conveyance/Execution Date(s):**

Execution Date(s)

- ☐ Assignment
- ☐ Merger
- ☐ Security Agreement
- ☐ Change of Name
- ☐ Joint Research Agreement
- ☐ Government Interest Assignment Executive
- ☐ Order 9424, Confirmatory License Other
- ☒ correction of erroneous recordation

**4. Application or patent number(s):** ☐ This document serves as an Oath/Declaration (37 CFR 1.63).

A. Patent Application No.(s)

B. Patent No.(s)

10,263,393B2

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address to whom correspondence concerning document should be mailed:**

Name: Sandra M. Sovinski

Internal Address: Suite 501

Street Address: 12201 Research Pkwy

City: Orlando

State: FL Zip: 32826

Phone Number: 407-882-2118

Docket Number: 33891

Email Address: sandra.sovinski@ucf.edu

**6. Total number of applications and patents involved:** 1

**7. Total fee (37 CFR 1.21(h) & 3.41)** $ 40.00

- ☐ Authorized to be charged to deposit account
- ☒ Enclosed
- ☐ None required (government interest not affecting title)

**8. Payment Information**

Deposit Account Number

Authorized User Name

**9. Signature:** [signature] 5/21/2019

Signature Date

Sandra M. Sovinski, UCF Deputy General Counsel for Research

Name of Person Signing

Total number of pages including cover sheet, attachments, and documents: 5

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

May 21, 2019

To: Assignment Recordation Services
Director of the USPTO
P.O. Box 1450
Alexandria, VA 22313-1450

Re: Declaration pursuant to 323.01(c):
Assignment Improperly Filed and Recorded by Another Person Against Owner's Patent
Patent 10,263,393B2/Serial no. 15/897,672

Summary of True Chain of Title -- Identification of Correct Owner: **UCF owns all inventions** in the field or discipline of each employee, and also all inventions made by employees with the use of university support. Dennis Deppe, sole inventor of the patent referenced, has been and continues to be an employee of the University of Central Florida (UCF), since 2005.

**On August 13, 2014,** in recognition of his employment obligations, **Dennis Deppe executed an assignment of any and all rights to UCF** for all inventions conceived or invented during his employment. This assignment document is presented for recordation herewith. In accordance with Florida Statute 1001.72, UCF is a public body corporate with the name of "The University of Central Florida Board of Trustees", and **UCF continues to be the correct current owner of patent 10,263,393B2, application no. 15/897672,** irrespective of the improperly filed assignment document discussed below. (Note: It is UCF's practice to further transfer its ownership to its direct support organization, the University of Central Florida Research Foundation, Inc., for management and licensing, and this further assignment action is intended to follow.)

Application no. 15/897672, now issued patent no. 10,263,393B2, was filed February 15, 2018, with priority to Provisional application no. 62/459,078, filed February 15, 2017. **Patent no. 10,263,393B2, issued from application no. 15/897672 is owned solely by UCF.**

Previously Recorded Document is erroneous. Dennis Deppe filed Provisional application no. 62/459,078, *pro se*, contrary to UCF regulations and policies~~, and improperly designated his own company, sdPhotonics, LLC, as a co-applicant~~. ~~UCF's prosecution counsel carried on the improper co-applicant designation during the non-provisional phase.~~ UCF's prosecution counsel also did not record any assignment documents for the application, also contrary to UCF policies.

Despite the fact that Dennis Deppe contractually agreed not to take any action to transfer any invention rights to any third party without advance written agreement by UCF, and despite the fact that he had already assigned any and all of his rights to UCF on August 13, 2014, both as a condition of his employment, he erroneously executed subsequent documents on May 1, 2019 purporting to assign the same rights jointly to his company, sdPhotonics, LLC and to the University of Central Florida Research Foundation, Inc. Dennis Deppe possessed no rights to assign on May 1, 2019.

**The documents recorded on May 2, 2019 for application 15/897672, now issued patent 10,263,393B2, at Reel/Frame 049066/0590, were submitted with erroneous information because sdPhotonics, LLC is not a co-owner of the patent, and Dennis Deppe possessed no assignable rights on May 1, 2019.**

As the correct and continuing owner, UCF is contacting the attorney who recorded the erroneous papers without seeking verification or consent from UCF. The attorney is not engaged to perform services on behalf of UCF.

Please correct the record, confirming that the University of Central Florida Board of Trustees remains the owner of the application no. 15/879672, now issued patent 10,263,393B2.

I, declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2019.

Sandra M. Sovinski
Deputy General Counsel for Research
University of Central Florida
University of Central Florida Research Foundation, Inc.

UNIVERSITY OF CENTRAL FLORIDA
RESEARCH & COMMERCIALIZATION

# INTELLECTUAL PROPERTY AGREEMENT

This Agreement is made this August 13, 2014, between the University of Central Florida, by and on behalf of its Board of Trustees ("University") and Dr. Dennis Deppe ("Employee").

1. I have received and reviewed University Regulation UCF-2.029, entitled "Patents, Trademarks, and Trade Secrets." All terms in this Agreement are defined pursuant to UCF-2.029.

2. I agree that I have been bound by all terms and conditions of UCF-2.029, as a term of and since the first date of my employment, appointment, and/or affiliation as University Personnel, and that I shall remain as bound by any amendment to UCF-2.029 as may be made by the University so long as I remain University Personnel.

3. I understand and agree that in consideration of my status as University Personnel, Inventions that are (1) in the field or discipline in which I am employed by the University, or (2) made with the use of University Support are the property of the University, and the University is entitled to and shall own and hold title to any such Inventions.

4. I hereby assign and agree to assign to the University or its designee any and all rights in such Inventions that are invented and/or conceived at any time during my status as University Personnel, including any term as University Personnel prior to the execution of this Agreement.

5. I further understand by executing this Agreement, I am not waiving any rights to share in any proceeds received by the University for such Inventions.

6. I agree that I will not take any action to transfer rights or to disclose any such Inventions to any third party without advance written agreement by the University.

7. I agree that I will take any necessary steps to protect the University interest in such Inventions.

SIGNED Dennis Deppe DATE Aug. 13, 2014